UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| TRUMP MARKS REAL ESTATE LLC, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No. 12-cv-06440-NRB |
| | : |
| CAP CANA, S.A., RICARDO HAZOURY, FERNANDO HAZOURY, ABRAHAM HAZOURY, CATHERINE KURY HAZOURY, GEORGE SPENCE, MICHEL RODRIGUEZ and MICHELL VARGAS, | : |
| | : |
| Defendants. | : |

------------------------------------------------------------x

## RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT CAP CANA, S.A.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Cap Cana, S.A. ("Cap Cana"), a corporation organized under the laws of the Dominican Republic, hereby states that it does not have a parent company. No publicly held corporation owns 10% or more of Cap Cana's stock.

Dated: New York, New York
       November 20, 2012

                Respectfully submitted,
                SIMPSON THACHER & BARTLETT LLP

By:   /s/ William T. Russell, Jr.
       William T. Russell, Jr. (wrussell@stblaw.com)
       Juan A. Arteaga (jarteaga@stblaw.com)
       425 Lexington Avenue
       New York, New York 10017-3954
       Tel: (212) 455-2000
       Fax: (212) 455-2502

*Attorneys for Defendant Cap Cana, S.A.*