# EXHIBIT B

Totals:

S = # same as the 11/2/07 Report

**FARALLON ESTATES SALES REPORT**

Handwritten notes:
- PCVD: 7/14/07
- S = Same as the 1/2/07 Report.

| Qty. | Lot | Total m2 | Price List | Price Final | Total Paid (US$/m2) | Total Paid (US$) | Total Paid (%) | Total Comision | Due Commissions As of July 2007 | Comission Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | FAR 1 | 8,132.27 | 3,850,000 | 3,510,000.00 | 431.69 | 350,000.00 | 11% | 210,820.00 | | 210,820.00 |
| 1 | FAR 2 | 7,285.63 | 3,550,000 | 3,079,070.00 | 416.66 | 350,000.00 | 8% | 181,440.00 | | 181,440.00 |
| 1 | FAR 3 | 6,574.61 | 3,360,000 | 2,870,020.00 | 431.90 | 320,000.00 | 11% | 178,200.00 | | 178,200.00 |
| 1 | FAR 4 | 6,410.19 | 3,500,000 | 2,678,480.00 | 414.56 | 310,000.00 | 12% | 180,704.00 | | 180,704.00 |
| 1 | FAR 5 | 6,499.18 | 2,700,000 | 2,430,000.00 | 374.00 | 270,000.00 | 11% | 145,800.00 | 34,467.84 | 145,800.00 |
| 1 | FAR 6 | 6,587.83 | 3,400,000 | 2,872,320.00 | 411.02 | 1,076,370.00 | 93% | 172,339.20 | | 137,871.36 |
| 1 | FAR 7 | 7,285.3 | 3,200,000 | 2,889,000.00 | 396.52 | 320,000.00 | 11% | 172,800.00 | | 172,800.00 |
| 1 | FAR 8 | 7,787.8 | 5,040,000 | 2,937,600.00 | 377.20 | 340,000.00 | 12% | 176,260.00 | | 176,260.00 |
| 1 | FAR 9 | 8,448.3 | 3,700,000 | 3,199,800.00 | 378.49 | 370,000.00 | 12% | 191,988.00 | | 191,988.00 |
| 1 | FAR 10 | 8,074.7 | 3,400,000 | 3,050,000.00 | 356.62 | 340,000.00 | 11% | 183,000.00 | | 183,000.00 |
| 1 | FAR 11 | 8,092.7 | 6,200,000 | 3,760,000.00 | 464.85 | 420,000.00 | 11% | 236,800.00 | | 236,800.00 |
| 1 | FAR 12 | 8,636.4 | 4,600,000 | 3,974,400.00 | 460.19 | 460,000.00 | 12% | 278,832.54 | | 278,832.54 |
| 1 | FAR 13 | 8,495.9 | 4,700,000 | 3,542,400.00 | 417.45 | 410,000.00 | 12% | 212,544.00 | | 212,544.00 |
| 1 | FAR 14 | 8,333.7 | 3,870,000 | 3,006,720.00 | 364.61 | 1,080,000.00 | 90% | 180,403.20 | 36,080.64 | 144,322.56 |
| 1 | FAR 15 | 8,018.1 | 3,200,000 | 2,980,200.00 | 359.73 | 320,000.00 | 11% | 172,800.00 | | 172,800.00 |
| 1 | FAR 16 | 7,893.0 | 3,500,000 | 2,759,000.00 | 363.70 | 309,674.00 | 11% | 187,800.00 | | 187,800.00 |
| 1 | FAR 17 | 7,285.1 | 3,200,000 | 2,860,000.00 | 395.53 | 320,000.00 | 11% | 313,200.00 | | 313,200.00 |
| 1 | FAR 18 | 6,316.7 | 4,600,000 | 2,502,000.00 | 413.48 | 300,000.00 | 12% | 155,520.00 | | 155,520.00 |
| 1 | FAR 19 | 5,891.4 | 3,100,000 | 2,792,000.00 | 473.77 | 310,000.00 | 11% | 210,054.64 | | 210,054.64 |
| 1 | FAR 20 | 6,415.3 | 3,100,000 | 2,759,000.00 | 433.55 | 650,000.00 | 19% | 187,400.00 | | 187,400.00 |
| 1 | FAR 21 | 6,513.7 | 3,600,000 | 2,410,200.00 | 346.86 | 300,000.00 | 11% | 144,636.86 | | 144,636.86 |
| 1 | FAR 22 | 8,866.4 | 4,300,000 | 3,420,000.00 | 408.22 | 370,000.00 | 12% | 296,562.00 | | 296,562.00 |
| 1 | FAR 23 | 8,910.0 | 3,860,000 | 3,283,200.00 | 477.21 | 380,000.00 | 12% | 202,320.00 | | 202,320.00 |
| 1 | FAR 24 | 7,633.4 | 3,500,000 | 3,150,000.00 | 418.20 | 300,000.00 | 11% | 169,000.00 | | 169,000.00 |
| 1 | FAR 25 | 7,789.3 | 3,700,000 | 2,921,000.00 | 324.80 | 300,000.00 | 11% | 151,632.00 | | 151,632.00 |
| 1 | FAR 26 | 13,176.0 | 5,200,000 | 5,220,000.00 | 376.70 | 560,000.00 | 11% | 313,200.00 | | 313,200.00 |
| 1 | FAR 27 | 13,511.0 | 5,400,000 | 4,865,600.00 | 358.69 | 540,000.00 | 11% | 279,936.00 | | 279,936.00 |
| 1 | FAR 28 | 6,208.7 | 5,650,000 | 4,762,000.00 | 382.63 | 650,000.00 | 12% | 285,120.00 | | 285,120.00 |
| 1 | FAR 29 | 13,118.0 | 6,100,000 | 4,789,000.00 | 412.47 | 660,000.00 | 11% | 290,394.00 | | 290,394.00 |
| 1 | FAR 30 | 13,646.8 | 6,300,000 | 5,493,200.00 | 401.77 | 830,000.00 | 15% | 328,592.00 | | 328,592.00 |
| 1 | FAR 31 | 22,768.2 | 5,500,000 | 4,780,000.00 | 569.40 | 830,000.00 | 18% | 285,120.00 | | 286,120.00 |
| 1 | FAR 32 | 16,856.8 | 5,900,000 | 5,325,800.00 | 457.78 | 680,000.00 | 12% | 316,224.00 | | 316,224.00 |
| 1 | FAR 33 | 13,088.0 | 6,700,000 | 6,280,400.00 | 500.44 | 610,000.00 | 12% | 370,278.80 | | 370,278.80 |
| 1 | FAR 34 | 13,707.0 | 6,300,000 | 5,870,000.00 | 416.87 | 610,000.00 | 12% | 340,200.00 | | 340,200.00 |
| 1 | FAR 35 | 22,768.2 | 8,400,000 | 7,560,000.00 | 476.03 | 632,940.00 | 8% | 583,395.43 | | 583,395.43 |
| 1 | FAR 36 | 15,844.9 | | | 470.73 | | 100% | | 464,870.00 | 0.00 |
| 1 | FAR 37 | 16,224.2 | 7,000,000 | 6,825,600.00 | 420.70 | 789,800.00 | 12% | 409,536.00 | | 409,536.00 |
| 1 | FAR 38 | 15,283.2 | 7,400,000 | 7,290,000.00 | 476.82 | 810,000.00 | 11% | 553,530.32 | | 553,530.32 |
| 1 | FAR 39 | 16,533.3 | 7,400,000 | 6,893,820.00 | 418.87 | 740,000.00 | 12% | 383,976.00 | | 383,976.00 |
| 1 | FAR 40 | 5,249.8 | 6,850,000 | 6,393,820.00 | 419.29 | 740,000.00 | 12% | 383,616.00 | | 383,616.00 |
| 1 | FAR 41 | 15,674.8 | 6,800,000 | 5,130,000.00 | 439.41 | 570,000.00 | 11% | 313,422.48 | | 313,422.48 |
| 1 | FAR 42 | 11,724.5 | 5,000,000 | 4,939,400.00 | 419.99 | 650,000.00 | 13% | 290,394.00 | | 290,304.00 |
| 1 | FAR 43 | 12,120.4 | 5,900,000 | 5,007,600.00 | 420.58 | 990,000.00 | 20% | 300,800.00 | | 300,800.00 |
| 1 | FAR 44 | 11,540.3 | 6,200,000 | 5,326,900.00 | 457.79 | 680,000.00 | 12% | 363,134.30 | | 363,134.30 |
| 1 | FAR 45 | 10,345.0 | 5,600,000 | 4,831,430.00 | 418.89 | 860,000.00 | 18% | 290,304.00 | | 290,304.00 |
| 1 | FAR 46 | 13,897.5 | 6,850,000 | 5,011,320.00 | 457.82 | 820,000.00 | 12% | 346,240.34 | | 346,240.34 |
| 1 | FAR 47 | 12,537.5 | 6,800,000 | 5,493,320.00 | 458.73 | 880,000.00 | 12% | 408,176.80 | | 408,176.80 |
| 1 | FAR 48 | 12,030.7 | 6,700,000 | 5,808,000.00 | 450.09 | 650,000.00 | 11% | 345,383.46 | | 345,383.46 |
| 1 | FAR 49 | 10,558.7 | 6,200,000 | 5,240,000.00 | 477.37 | 650,000.00 | 12% | 398,440.76 | | 398,440.76 |
| 1 | FAR 50 | 11,280.3 | 5,800,000 | 5,798,000.00 | 434.33 | 870,000.00 | 12% | 401,208.62 | | 401,208.62 |
| 1 | FAR 51 | 12,203.7 | 6,770,000 | | | | | | | |
| 1 | FAR 52 | 12,203.3 | | | | | | | | |
| 1 | FAR 53 | 19,027.6 | 10,100,000 | 8,020,000.00 | 424.85 | 8,070,000.00 | 100% | 8,073,651.00 | | 0.00 |
| 1 | FAR 54 | 20,556.7 | 9,400,000 | 8,955,000.00 | 451.61 | | 0.00 | 0.00 | | 588,789.78 |
| 1 | FAR 55 | 18,937.6 | 10,000,000 | | 471.05 | | 0% | | | 0.00 |
| 1 | FAR 56 | 21,752.0 | 10,200,000 | 8,740,272.00 | 433.57 | 1,090,000.00 | 12% | 651,205.00 | | 651,205.00 |
| 1 | FAR 67 | 18,597.3 | 8,900,000 | 8,640,000.00 | 476.07 | 849,970.00 | 10% | 689,164.88 | | 680,164.88 |
| 1 | FAR 68 | 18,148.8 | 11,900,000 | 10,298,700.00 | 490.41 | 1,040,000.00 | 11% | 636,180.82 | | 638,180.82 |
| 1 | FAR 69 | 18,229.9 | | 10,402,400.00 | 456.84 | 1,100,000.00 | 12% | 602,841.18 | | 602,841.18 |
| 1 | FAR 70 | 20,172.1 | 11,800,000 | 11,300,000.00 | 474.30 | 1,090,000.00 | 11% | 739,641.66 | | 739,641.66 |
| 1 | FAR 71 | 21,493.3 | 9,720,000 | 9,720,000.00 | | | | | | |

| 67 | | 982,818 | 314,300,000 | 280,384,406.00 | | 41,513,580.04 | | 18,674,684.23 | 555,848.48 | 18,674,684.23 |

# EXHIBIT C

## Lizebeth Kyprislidis

| | |
|---|---|
| **From:** | Ricardo Felip [r.felip@capcana.com] |
| **Sent:** | Tuesday, April 15, 2008 1:18 PM |
| **To:** | Ritu Rustogi |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |
| **Attachments:** | Faralllon Sales Report Final Report.pdf |

Riter,

Please confirm me you have received this email.

Thanks

**Ricardo Felip**
*Director Relaciones Estrategicas.*
T (809) 472-2525 EXT. 2524
C (809) 669-6045
F (809) 688-6313/(809) 375-5515
E-mail: r.felip@capcana.com
**www.capcana.com**

FARALLON SALES REPORT