# EXHIBIT D

# [REDACTED]

---

**From:** Michell David Vargas López [mailto:m.vargas@capcana.com]
**Sent:** Thursday, May 07, 2009 4:49 PM
**To:** Eric Trump
**Cc:** Ritu Rustogi; Shiry Zofnat; Alan Garten; Alexandra Sanchez; Juan Vidiella; b.guevara@premier-development.com
**Subject:** RE: Status on Project - Trump at Cap Cana

Dear Eric,

As agreed, finally please find attached the Updated Sales / Deposits Report prepared by our Finance team. The report reflects total sales and deposits up to April 30th 2009.

Please review, and feel free to send any comments or questions on the report to me or anyone on the team. I apologize once again on the delay on issuing this information.

Best regards,

Michell

**Michell Vargas**
*Director de Proyectos*
*Project Director*
*Cap Cana, S.A.*
M (809) 669 3455
T (809) 287 3809 / (809) 695 5501 EXT 3861
F (809) 375 5515 / (809) 688 6313
E-mail: m.vargas@capcana.com
www.capcana.com

---

**From:** Eric Trump [mailto:etrump@trumporg.com]
**Sent:** Monday, April 27, 2009 12:24 PM
**To:** Michell David Vargas López

1

**Cc:** Ritu Rustogi; Shiry Zofnat; Alan Garten; Alexandra Sanchez; Juan Vidiella
**Subject:** RE: Status on Project - Trump at Cap Cana

Michell,

Where do we stand on the Updated Sales Report/Updated Deposit Report? Once again we were told we were going to have them early last week and once again, over a week later, we have still have received nothing.

Can you please tell me what's going on and why it's this difficult to get us even the most basic information?

Eric

Eric F. Trump
The Trump Organization
Executive Vice President of Development and Acquisitions
725 Fifth Avenue, New York, NY 10022
Direct: (212) 715-7260   Fax: (212) 688-8135
Email: ETrump@trumporg.com
www.EricTrumpFoundation.com

---

**From:** Michell David Vargas López [mailto:m.vargas@capcana.com]
**Sent:** Friday, April 17, 2009 12:54 PM
**To:** Eric Trump
**Cc:** Ritu Rustogi; Shiry Zofnat; Alan Garten; Alexandra Sanchez; Juan Vidiella
**Subject:** RE: Status on Project - Trump at Cap Cana

Hello Eric,

Hope all is well. I am very sorry for the delay, we where completely and absolutely absorbed the last few weeks by the exchange offer of Cap Cana's Bonds, which should come out today or Monday the latest. So that is some good news to say the least.

As requested, I have attached herewith the standard Purchase Agreement documents used during the Trump Farallon estates sales events. I've included the following documents:

- PSA Type A – 10%-10%-5% and 75%
- PSA Type B – 50% - 50%
- PSA Type C – 50% - 50%
- EXHIBIT A SPECIFIC CONDITIONS AND OBLIGATIONS FOR THE PURCHASE AT CAP CANA OF "TRUMP FARALLON ESTATES AT CAP CANA"
- EXHIBIT E P.I.G. FARALLON INFRAESTRUCTURE

I will send the updated sales report early next week.  Once again my apologies for not providing this information earlier, but as you can imagine we have been extremely busy, plus the fact that our Team has been very reduced in the past months.

If you require any additional information do not hesitate to contact me.

Best regards,

Michell Vargas

---

**From:** Eric Trump [mailto:etrump@trumporg.com]
**Sent:** Friday, April 17, 2009 10:56 AM
**To:** Michell David Vargas López

2

Cc: Ritu Rustogi; Shiry Zofnat; Alan Garten
Subject: RE: Status on Project - Trump at Cap Cana

Michell,

Where do we stand on the below? I am getting weekly emails from my team who requests this info on all projects for basic monitoring purposes and who have been requesting this info from CapCana for almost two months. At this point, it is getting somewhat ridiculous that no one there can provide us some simple documents.

I can't imagine you are the hold up and thus if you need me to elevate this up to Benny, George or one of the other principles or send a formal notice, I am happy to do so.

Best,

Eric



Eric F. Trump
The Trump Organization
Executive Vice President of Development and Acquisitions
725 Fifth Avenue, New York, NY 10022
Direct: (212) 715-7260   Fax: (212) 688-8135
Email: ETrump@trumporg.com
www.EricTrumpFoundation.com

---

**From:** Michell David Vargas López [mailto:m.vargas@capcana.com]
**Sent:** Wednesday, April 08, 2009 12:28 PM
**To:** Eric Trump
**Cc:** Ritu Rustogi; Juan Vidiella; Shiry Zofnat
**Subject:** RE: Status on Project - Trump at Cap Cana

Dear Eric,

Apologies for not replying earlier; me and part of the staff have been away on training on the last few days so I've had little chance to follow-up on emails. At the moment we are a bit short-staffed due to the Easter holidays, by Dominican law Thursday and Friday are holidays, and people usually take the whole week off on vacation, so we have a backlog of data crunching and gathering information, including updating the sales report to reflect March 2009.

We will make our best efforts to have the sales report ready next week.

Bests,

Michell

---

**From:** Eric Trump [mailto:etrump@trumporg.com]
**Sent:** Monday, April 06, 2009 2:18 PM
**To:** Michell David Vargas López
**Subject:** FW: Status on Project - Trump at Cap Cana

Michell,

Can you please let me know when we can expect to receive the below documents? Per our last conversation you said it would be by the middle of last week and we still have not received anything. This should be very simple to gather and send and we have been asking for months...

3

...

Any help would be appreciated...

Eric

Eric F. Trump
The Trump Organization
Executive Vice President of Development and Acquisitions
725 Fifth Avenue, New York, NY 10022
Direct: (212) 715-7260   Fax: (212) 688-8135
Email: ETrump@trumporg.com
www.EricTrumpFoundation.com

---

**From:** Ritu Rustogi
**Sent:** Monday, April 06, 2009 12:00 PM
**To:** Eric Trump
**Subject:** FW: Status on Project - Trump at Cap Cana

Eric,

To keep you informed, I have not received a purchase agreement or an updated sales & deposit report as of yet.

Thanks.


Ritu Rustogi
The Trump Organization
725 Fifth Avenue, 25th Floor | New York, NY 10022
Direct: (212) 836-3234 | Fax: (212) 836-3202 rrustogi@trumporg.com

---

**From:** Ritu Rustogi
**Sent:** Friday, April 03, 2009 11:02 AM
**To:** 'Michell David Vargas López'
**Subject:** RE: Status on Project - Trump at Cap Cana

Hi Michell,

Were you able to obtain the updated sales & deposit reports and the purchase agreement?

Thanks.


Ritu Rustogi
The Trump Organization
725 Fifth Avenue, 25th Floor | New York, NY 10022
Direct: (212) 836-3234 | Fax: (212) 836-3202 rrustogi@trumporg.com

---

**From:** Michell David Vargas López [mailto:m.vargas@capcana.com]
**Sent:** Tuesday, March 31, 2009 11:29 AM
**To:** Ritu Rustogi
**Subject:** RE: Status on Project - Trump at Cap Cana

4

We can resend to you the standard contract form; be aware that we have passed them by your legal team before and are in accordance with License Agreement; most of these contracts were signed in 2007...I will ask our lawyers to send me the standard form in English.

Bests,

Michell

---

**From:** Ritu Rustogi [mailto:rrustogi@trumporg.com]
**Sent:** Tuesday, March 31, 2009 11:32 AM
**To:** Michell David Vargas López
**Subject:** RE: Status on Project - Trump at Cap Cana

Yes - that's great. Will you be able to provide that translated into English?

Ritu Rustogi
The Trump Organization
725 Fifth Avenue, 25th Floor | New York, NY 10022
Direct: (212) 836-3234 | Fax: (212) 836-3202  rrustogi@trumporg.com

---

**From:** Michell David Vargas López [mailto:m.vargas@capcana.com]
**Sent:** Tuesday, March 31, 2009 10:54 AM
**To:** Ritu Rustogi
**Subject:** Re: Status on Project - Trump at Cap Cana

Do you want the standard contract used?
Michell Vargas
Director de Proyectos
Cap Cana, S.A.

Sent from my BlackBerry®

----- Original Message -----
From: Ritu Rustogi <rrustogi@trumporg.com>
To: Michell David Vargas López
Cc: Eric Trump; Juan Vidiella
Sent: Tue Mar 31 10:38:27 2009
Subject: RE: Status on Project - Trump at Cap Cana

Hi Michell,

Thank you very much!

As far as the purchase agreement, I am referring to a contract pursuant to which the lots (Farrallon) were sold.

Does that properly clarify? Please let me know.

Thanks again!

Best regards,

Ritu

Ritu Rustogi
The Trump Organization

5

725 Fifth Avenue, 25th Floor | New York, NY 10022
Direct: (212) 836-3234 | Fax: (212) 836-3202 rrustogi@trumporg.com

-----Original Message-----
From: Michell David Vargas López [mailto:m.vargas@capcana.com]
Sent: Tuesday, March 31, 2009 10:28 AM
To: Ritu Rustogi
Cc: Eric Trump; Juan Vidiella
Subject: RE: Status on Project - Trump at Cap Cana

Hi Ritu,

Hope all is well. Please find attached the renewed Insurance Documents. As you can see Trump Marks Real Estate and Donald J Trump are included in the Policy. I should be sending the updated sales & Deposits reports between today and tomorrow.

Can you be more specific on the Purchase Agreement document you are requesting?

Bests,

Michell

-----Original Message-----
From: Ritu Rustogi [mailto:rrustogi@trumporg.com]
Sent: Tuesday, March 31, 2009 10:12 AM
To: Michell David Vargas López
Cc: Eric Trump
Subject: RE: Status on Project - Trump at Cap Cana

Hi Michell,

How are you today?

Please let this e-mail serve as a friendly reminder of the fact that we have not received the following documents as promised:

1. Updated Sales & Deposit Report
2. Renewed Insurance Documents
3. Purchase Agreement

Could you please provide us with these documents at your earliest convenience?

Thank you, and have a nice day.

Best,

Ritu


Ritu Rustogi
The Trump Organization
725 Fifth Avenue, 25th Floor | New York, NY 10022
Direct: (212) 836-3234 | Fax: (212) 836-3202 rrustogi@trumporg.com

-----Original Message-----
From: Ritu Rustogi
Sent: Monday, March 23, 2009 10:02 AM
To: 'Michell David Vargas López'
Subject: RE: Status on Project - Trump at Cap Cana

Hi Michell,

Hope you had a nice weekend.

6

Unfortunately we have not received the requested documents below.
Could you please provide us with these as soon as you can?

Please feel free to direct any questions or concerns my way.

Have a nice day & thank you for your continued cooperation.

Best,
Ritu


Ritu Rustogi
The Trump Organization
725 Fifth Avenue, 25th Floor | New York, NY 10022
Direct: (212) 836-3234 | Fax: (212) 836-3202 rrustogi@trumporg.com

-----Original Message-----
From: Ritu Rustogi
Sent: Monday, March 16, 2009 3:00 PM
To: 'Michell David Vargas López'
Subject: FW: Status on Project - Trump at Cap Cana


Hi Michell,

Hope you are doing well.

Can you tell us when to expect the updated deposit reports & insurance docs?

Take care,

Ritu

Ritu Rustogi
The Trump Organization
725 Fifth Avenue, 25th Floor | New York, NY 10022
Direct: (212) 836-3234 | Fax: (212) 836-3202 rrustogi@trumporg.com

-----Original Message-----
From: Ritu Rustogi
Sent: Tuesday, March 10, 2009 5:40 PM
To: Eric Trump; 'Michell David Vargas López'
Subject: RE: Status on Project - Trump at Cap Cana


Hi Eric,

Michell and I just touched base and he was able to provide me with the following info:

1. He will provide us with the following docs in the near future: updated sales & deposit report, renewed insurance documents 2. There is still no specific date on which construction shall commence 3. The anticipated construction costs remain the same $170MLN 4. Once the drawings are signed off on, they will start drafting the condominium documents

Michell, thank you for your time. As always - it was a pleasure speaking with you. Please let me know if I inadvertently misrepresented any of the information you provided me with.
Have a great day!

Ritu

Ritu Rustogi

The Trump Organization
725 Fifth Avenue, 25th Floor | New York, NY 10022
Direct: (212) 836-3234 | Fax: (212) 836-3202 rrustogi@trumporg.com

This e-mail message, and any attachments to it, are for the sole use of the intended recipients, and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this email message or its attachments is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, while the company uses virus protection, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

This e-mail message, and any attachments to it, are for the sole use of the intended recipients, and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this email message or its attachments is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, while the company uses virus protection, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

This e-mail message, and any attachments to it, are for the sole use of
the intended recipients, and may contain confidential and privileged
information. Any unauthorized review, use, disclosure or distribution
of this email message or its attachments is prohibited. If you are not
the intended recipient, please contact the sender by reply email and
destroy all copies of the original message. Please note that any views
or opinions presented in this email are solely those of the author and
do not necessarily represent those of the company. Finally, while the
company uses virus protection, the recipient should check this email
and any attachments for the presence of viruses. The company accepts no
liability for any damage caused by any virus transmitted by this email.

This e-mail message, and any attachments to it, are for the sole use of
the intended recipients, and may contain confidential and privileged
information. Any unauthorized review, use, disclosure or distribution
of this email message or its attachments is prohibited. If you are not
the intended recipient, please contact the sender by reply email and
destroy all copies of the original message. Please note that any views
or opinions presented in this email are solely those of the author and
do not necessarily represent those of the company. Finally, while the
company uses virus protection, the recipient should check this email
and any attachments for the presence of viruses. The company accepts no
liability for any damage caused by any virus transmitted by this email.
This e-mail message, and any attachments to it, are for the sole use of
the intended recipients, and may contain confidential and privileged
information. Any unauthorized review, use, disclosure or distribution
of this email message or its attachments is prohibited. If you are not
the intended recipient, please contact the sender by reply email and
destroy all copies of the original message. Please note that any views
or opinions presented in this email are solely those of the author and
do not necessarily represent those of the company. Finally, while the
company uses virus protection, the recipient should check this email
and any attachments for the presence of viruses. The company accepts no
liability for any damage caused by any virus transmitted by this email.
This e-mail message, and any attachments to it, are for the sole use of
the intended recipients, and may contain confidential and privileged
information. Any unauthorized review, use, disclosure or distribution

of this email message or its attachments is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, while the company uses virus protection, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email. This e-mail message, and any attachments to it, are for the sole use of the intended recipients, and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this email message or its attachments is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, while the company uses virus protection, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

# EXHIBIT E

# [REDACTED]

---

**From:** Michell David Vargas López [mailto:m.vargas@capcana.com]
**Sent:** Thursday, May 07, 2009 4:49 PM
**To:** Eric Trump
**Cc:** Ritu Rustogi; Shiry Zofnat; Alan Garten; Alexandra Sanchez; Juan Vidiella; b.guevara@premier-development.com
**Subject:** RE: Status on Project - Trump at Cap Cana

Dear Eric,

As agreed, finally please find attached the Updated Sales / Deposits Report prepared by our Finance team.   The report reflects total sales and deposits up to April 30th 2009.

Please review, and feel free to send any comments or questions on the report to me or anyone on the team. I apologize once again on the delay on issuing this information.

Best regards,

Michell

**Michell Vargas**
*Director de Proyectos*
*Project Director*
*Cap Cana, S.A.*
M (809) 669 3455
T (809) 287 3809 / (809) 695 5501 EXT 3861
F (809) 375 5515 / (809) 688 6313
E-mail: m.vargas@capcana.com
www.capcana.com

---

**From:** Eric Trump [mailto:etrump@trumporg.com]
**Sent:** Monday, April 27, 2009 12:24 PM
**To:** Michell David Vargas López

1

| Qty. | Lot | | Name | Total m2 | Price List | Final Price | Final US$/m2 | Total Scheduled Payment | Prepayment | Total Payment | Total Paid (%) | Present Balance | Total Commission | Due Commissions As of March 2009 | Commission Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | FAR | 1 | Mariano Sanz | 8,132.7 | 3,900,000 | 3,510,000.00 | 431.59 | 1,192,714.79 | 1,200,000.00 | 2,392,714.79 | 68% | 1,117,285.21 | 210,600.00 | 0.00 | 210,600.00 |
| 1 | FAR | 2 | Aristides Fernandez | 7,285.6 | 3,500,000 | 3,024,000.00 | 415.06 | 612,500.00 | 0.00 | 612,500.00 | 20% | 2,411,500.00 | 181,440.00 | 0.00 | 181,440.00 |
| 1 | FAR | 3 | Mariano Enrique Gonzalez Diez/Jose Carro Soto/Jose Alberto Allende | 6,876.6 | 3,300,000 | 2,970,000.00 | 431.90 | 825,000.00 | 2,145,000.00 | 2,970,000.00 | 100% | 0.00 | 178,200.00 | 178,200.00 | 0.00 |
| 1 | FAR | 5 | William John Ganz III | 6,496.3 | 2,700,000 | 2,430,000.00 | 374.06 | 675,000.00 | 1,755,000.00 | 2,430,000.00 | 100% | 0.00 | 145,800.00 | 145,800.00 | 0.00 |
| 1 | FAR | 6 | Richard Jan de Haas | 6,988.3 | 3,400,000 | 2,872,320.00 | 411.02 | 1,019,970.00 | 1,852,350.00 | 2,872,320.00 | 100% | 0.00 | 172,339.20 | 172,339.20 | 0.00 |
| 1 | FAR | 7 | Carlos Enrique Leroux De Moya | 7,285.3 | 3,200,000 | 2,880,000.00 | 395.32 | 560,000.00 | 580,535.00 | 1,140,535.00 | 40% | 1,739,465.00 | 172,800.00 | 172,800.00 | 0.00 |
| 1 | FAR | 8 | Carlos Guillermo León Asencio / Marcos Bisono / Celso Marranzini / Luis Ml. Leon Herber | 7,787.8 | 3,400,000 | 2,937,600.00 | 377.20 | 850,000.37 | 2,087,600.00 | 2,937,600.37 | 100% | -0.37 | 176,256.00 | 176,256.00 | 0.00 |
| 1 | FAR | 9 | Victor Vilanueva | 8,446.2 | 3,700,000 | 3,196,800.00 | 378.49 | 740,000.00 | 2,271,800.00 | 3,011,800.00 | 94% | 185,000.00 | 191,808.00 | 191,808.00 | 0.00 |
| 1 | FAR | 10 | Cesar Jose Herrera Gutirerrez / Ana Ulivi de Sosa / Isabel Ulivi | 8,604.7 | 3,400,000 | 3,015,800.00 | 350.48 | 850,000.00 | 2,165,800.00 | 3,015,800.00 | 100% | 0.00 | 180,948.00 | 180,948.00 | 0.00 |
| 1 | FAR | 11 | Javier Enrique Mayol Vicioso / Martha Vasquez Pimentel | 8,692.7 | 4,200,000 | 3,780,000.00 | 434.85 | 735,000.00 | 641,033.36 | 1,376,033.36 | 36% | 2,403,966.64 | 226,800.00 | 0.00 | 226,800.00 |
| 1 | FAR | 12 | Fausto Pimentel | 8,636.4 | 4,600,000 | 3,974,400.00 | 460.19 | 1,150,000.00 | 367,600.31 | 1,517,600.31 | 38% | 2,456,799.69 | 278,519.14 | 0.00 | 278,519.14 |
| 1 | FAR | 13 | Maximo Bisono, Rafael Vitelio Bisono, Juan Antonio Bisono, Maria Bisono Cambiaso | 8,485.8 | 4,100,000 | 3,542,400.00 | 417.45 | 1,025,000.00 | 130,835.39 | 1,155,835.39 | 33% | 2,386,564.61 | 212,544.00 | 0.00 | 212,544.00 |
| 1 | FAR | 14 | Juan Antonio Bisono Cambiaso | 8,239.7 | 3,600,000 | 2,980,000.00 | 361.66 | 1,080,000.00 | 1,900,000.00 | 2,980,000.00 | 100% | 0.00 | 178,800.00 | 178,800.00 | 0.00 |
| 1 | FAR | 16 | Bernardo Abreu | 7,896.3 | 3,100,000 | 2,664,450.00 | 337.43 | 1,003,268.45 | 0.00 | 1,003,268.45 | 38% | 1,661,181.55 | 159,867.00 | 0.00 | 159,867.00 |
| 1 | FAR | 17 | Jose Ramon Peralta | 7,285.1 | 3,200,000 | 2,880,000.00 | 395.33 | 800,000.00 | 241,175.12 | 1,041,175.12 | 36% | 1,838,824.88 | 172,800.00 | 0.00 | 172,800.00 |
| 1 | FAR | 18 | Ramon Luis Perez Vazquez | 6,268.7 | 3,000,000 | 2,592,000.00 | 413.48 | 896,545.62 | 0.00 | 896,545.62 | 35% | 1,695,454.38 | 155,520.00 | 0.00 | 155,520.00 |
| 1 | FAR | 19 | Francisco Alvarez De Eulate & Antonio Frechilla | 5,896.4 | 3,100,000 | 2,790,000.00 | 473.17 | 775,000.00 | 79,179.67 | 854,179.67 | 31% | 1,935,820.33 | 210,057.26 | 0.00 | 210,057.26 |
| 1 | FAR | 20 | Alejandro Antonio Zeller Barrujos | 6,435.3 | 3,100,000 | 2,790,000.00 | 433.55 | 542,500.00 | 2,247,500.00 | 2,790,000.00 | 100% | 0.00 | 167,400.00 | 167,400.00 | 0.00 |
| 1 | FAR | 23 | Eduardo Valdez | 6,880.0 | 3,900,000 | 3,283,200.00 | 477.21 | 1,135,624.45 | 0.00 | 1,135,624.45 | 35% | 2,147,575.55 | 252,320.00 | 0.00 | 252,320.00 |
| 1 | FAR | 24 | William Kenworthy | 7,532.4 | 3,500,000 | 3,150,000.00 | 418.20 | 612,500.00 | 542,690.82 | 1,155,190.82 | 37% | 1,994,809.18 | 189,000.00 | 0.00 | 189,000.00 |
| 1 | FAR | 26 | Diandino Peña | 13,784.0 | 5,800,000 | 5,220,000.00 | 378.70 | 1,015,000.00 | 898,630.93 | 1,913,630.93 | 37% | 3,306,369.07 | 313,200.00 | 0.00 | 313,200.00 |
| 1 | FAR | 27 | Ali Aziz | 13,011.0 | 5,400,000 | 4,665,600.00 | 358.59 | 1,750,564.65 | 0.00 | 1,750,564.65 | 38% | 2,915,035.35 | 279,936.00 | 0.00 | 279,936.00 |
| 1 | FAR | 28 | Alejandro Humberto Sosa | 13,108.0 | 5,500,000 | 4,684,480.00 | 357.38 | 4,684,480.00 | 0.00 | 4,684,480.00 | 100% | 0.00 | 281,068.80 | 281,068.80 | 0.00 |
| 1 | FAR | 29 | Ling Fan Chen Tsai | 13,310.0 | 6,100,000 | 5,331,400.00 | 400.56 | 1,525,000.00 | 3,806,400.00 | 5,331,400.00 | 100% | 0.00 | 319,884.00 | 319,884.00 | 0.00 |
| 1 | FAR | 30 | Daniel Medina | 13,548.0 | 6,300,000 | 5,443,200.00 | 401.77 | 1,575,001.00 | 0.00 | 1,575,001.00 | 29% | 3,868,199.00 | 326,592.00 | 0.00 | 326,592.00 |
| 1 | FAR | 31 | Carlos Guillermo León Asencio / Carlos Guillermo Leon Nouel | 13,222.0 | 5,500,000 | 4,752,000.00 | 359.40 | 1,375,000.00 | 3,377,000.00 | 4,752,000.00 | 100% | 0.00 | 285,120.00 | 285,120.00 | 0.00 |
| 1 | FAR | 32 | Alejandro Humberto Sosa | 13,188.0 | 6,100,000 | 5,195,492.00 | 393.96 | 5,195,492.00 | 0.00 | 5,195,492.00 | 100% | 0.00 | 311,729.52 | 311,729.52 | 0.00 |
| 1 | FAR | 33 | Zamir Rizek & Jose Luis Ochoa, Hector J. Rizek Sued | 12,038.0 | 6,100,000 | 5,198,035.76 | 431.80 | 1,840,447.00 | 3,357,588.76 | 5,198,035.76 | 100% | 0.00 | 311,882.15 | 311,882.15 | 0.00 |
| 1 | FAR | 34 | Ela Sarah Rizek, Roxanna Rizek & Hector J. Rizek Llabaly | 13,707.0 | 6,300,000 | 5,670,000.00 | 413.66 | 1,900,789.53 | 3,769,210.47 | 5,670,000.00 | 100% | 0.00 | 340,200.00 | 340,200.00 | 0.00 |
| 1 | FAR | 36 | Juan Nazario Sanoja Rizek | 15,814.8 | 8,400,000 | 7,505,400.00 | 474.58 | 2,099,920.00 | 5,405,480.00 | 7,505,400.00 | 100% | 0.00 | 569,193.98 | 569,193.98 | 0.00 |
| 1 | FAR | 38 | Nelson Menda / Tony Lopez | 16,224.2 | 7,900,000 | 6,825,600.00 | 420.70 | 2,766,046.68 | 0.00 | 2,766,046.68 | 41% | 4,059,553.32 | 409,536.00 | 0.00 | 409,536.00 |
| 1 | FAR | 39 | Angelo Carmelo Viro & Franicsco Adam | 15,353.2 | 8,100,000 | 6,843,430.11 | 445.73 | 2,287,867.41 | 4,555,562.70 | 6,843,430.11 | 100% | 0.00 | 437,419.53 | 437,419.53 | 0.00 |
| 1 | FAR | 41 | Rafael Vitelio Bisonó Cambiaso | 15,333.3 | 7,400,000 | 6,393,600.00 | 416.97 | 1,850,000.00 | 556,829.98 | 2,406,829.98 | 38% | 3,986,770.02 | 383,616.00 | 0.00 | 383,616.00 |
| 1 | FAR | 42 | Nelson Menda | 15,249.8 | 7,400,000 | 6,302,728.00 | 413.30 | 6,302,728.00 | 0.00 | 6,302,728.00 | 100% | 0.00 | 378,163.68 | 378,163.68 | 0.00 |
| 1 | FAR | 43 | Rafael Valeriano Monestina Corripio | 11,674.8 | 5,700,000 | 5,130,000.00 | 439.41 | 1,425,000.00 | 3,705,000.00 | 5,130,000.00 | 100% | 0.00 | 313,425.10 | 313,425.10 | 0.00 |
| 1 | FAR | 44 | Richard McQuiddy / Dino Campagna / Luis Carbonell | 11,524.5 | 5,600,000 | 4,838,400.00 | 419.84 | 1,400,000.00 | 80,112.34 | 1,480,112.34 | 31% | 3,358,287.66 | 290,304.00 | 0.00 | 290,304.00 |
| 1 | FAR | 45 | Giussepe Bonarelli Pascalle | 12,120.4 | 5,900,000 | 5,097,600.00 | 420.58 | 1,475,000.00 | 447,509.35 | 1,922,509.35 | 38% | 3,175,090.65 | 305,856.00 | 0.00 | 305,856.00 |
| 1 | FAR | 46 | Jesus Montano | 11,640.5 | 6,200,000 | 5,328,900.00 | 457.79 | 1,240,000.00 | 1,729,955.42 | 2,969,955.42 | 56% | 2,358,944.58 | 368,138.67 | 0.00 | 368,138.67 |
| 1 | FAR | 47 | Eduardo Valdez | 11,566.9 | 5,600,000 | 4,838,400.00 | 418.30 | 1,673,551.82 | 0.00 | 1,673,551.82 | 35% | 3,164,848.18 | 290,304.00 | 0.00 | 290,304.00 |
| 1 | FAR | 48 | Piero Bonarelli | 10,945.9 | 5,800,000 | 5,011,200.00 | 457.82 | 1,733,321.42 | 0.00 | 1,733,321.42 | 35% | 3,277,878.58 | 346,243.84 | 0.00 | 346,243.84 |
| 1 | FAR | 49 | Richard Gustavo Tucker Loero | 12,807.5 | 6,800,000 | 5,875,200.00 | 458.73 | 1,700,000.00 | 680,154.97 | 2,380,154.97 | 41% | 3,495,045.03 | 408,179.12 | 0.00 | 408,179.12 |
| 1 | FAR | 50 | Ramón Luis Peréz Vázquez | 12,297.1 | 6,500,000 | 5,616,000.00 | 456.69 | 1,137,500.00 | 0.00 | 1,137,500.00 | 20% | 4,478,500.00 | 385,394.33 | 0.00 | 385,394.33 |
| 1 | FAR | 51 | Timothy Ford | 11,260.3 | 5,900,000 | 5,204,103.13 | 462.16 | 1,780,104.48 | 3,423,998.65 | 5,204,103.13 | 100% | 0.00 | 368,913.10 | 368,913.10 | 0.00 |
| 1 | FAR | 52 | James Alexion, Juan E. Morales, Michel Yound El-Hage, Manuel Fdez. Peix Pellerano | 12,630.2 | 6,700,000 | 5,788,800.00 | 458.33 | 1,172,500.00 | 1,090,965.79 | 2,263,465.79 | 39% | 3,525,334.21 | 401,206.77 | 0.00 | 401,206.77 |
| 1 | FAR | 54 | Antonio Pedrera Sanchez, Antonio Pedrera Perez & Josefina Pedrera Perez | 19,027.6 | 10,100,000 | 8,080,000.00 | 424.65 | 8,080,000.00 | 0.00 | 8,080,000.00 | 100% | 0.00 | 484,800.00 | 484,800.00 | 0.00 |
| 1 | FAR | 56 | Felix Maria Garcia Castellanos | 18,650.0 | 9,800,000 | 7,719,824.56 | 413.93 | 2,450,000.00 | 5,269,824.56 | 7,719,824.56 | 100% | 0.00 | 463,189.47 | 463,189.47 | 0.00 |
| 1 | FAR | 57 | Jose Melchor Gonzalez Calderon/Edmon Felipe Elias Yunes/Antonio De Js. Cruz Torrez/Pedro Fco. Guzman Castro | 22,662.5 | 11,900,000 | 9,943,878.00 | 438.78 | 2,975,000.00 | 6,917,219.50 | 9,892,219.50 | 99% | 51,658.50 | 604,704.91 | 604,704.91 | 0.00 |
| 1 | FAR | 63 | Giuseppe Bonarelli | 18,937.6 | 9,900,000 | 8,553,600.00 | 451.67 | 2,475,000.00 | 0.00 | 2,475,000.00 | 29% | 6,078,600.00 | 568,787.14 | 0.00 | 568,787.14 |
| 1 | FAR | 67 | Felix Maria Garcia Castellanos | 18,567.8 | 10,600,000 | 8,350,014.32 | 449.70 | 2,650,000.00 | 5,700,014.32 | 8,350,014.32 | 100% | 0.00 | 548,180.63 | 548,180.63 | 0.00 |
| 1 | FAR | 68 | Fausto Peyrani | 18,148.8 | 9,600,000 | 8,356,809.60 | 460.46 | 2,400,000.00 | 5,956,809.60 | 8,356,809.60 | 100% | 0.00 | 586,567.12 | 586,567.12 | 0.00 |
| 1 | FAR | 69 | Felix Maria Garcia Castellanos | 18,225.9 | 10,400,000 | 8,192,466.88 | 449.49 | 2,600,000.00 | 5,592,466.88 | 8,192,466.88 | 100% | 0.00 | 537,094.23 | 537,094.23 | 0.00 |
| 1 | FAR | 71 | Henry Ant. Baez Garcia, Jose Domingo Hernández Castaños & Willians Rodriguez Lopez | 20,493.3 | 10,800,000 | 9,720,000.00 | 474.30 | 1,890,000.00 | 1,551,717.72 | 3,441,717.72 | 35% | 6,278,282.28 | 736,085.58 | 0.00 | 736,085.58 |
| | M. Ponciano / 1/3/Cap Cana PM | | | | 305,900,000 | 262,939,132 | | 93,505,938 | 88,080,552 | 181,586,489 | | 81,352,643 | 16,768,734 | 8,705,887 | 8,062,847 |

# EXHIBIT F

**TRUMP MARKS REAL ESTATE LLC**
**725 FIFTH AVENUE - 26TH FLOOR**
**NY, NY 10022**

Invoice

| | |
|---|---|
| | Customer ID: Cap Cana |
| | Invoice Number: 5/7/2009 |
| | Invoice Date: 5/7/2009 |
| Client Information:<br>Cap Cana, S.A.<br>Av. Alberto Larancuent No. 8<br>Ensanche Naco<br>Santo Domingo, R.D. | Terms: Due Upon Receipt |
| | Due Date: 5/7/2009 |
| Fax No. 8094722696 | Payment Address:<br>Trump Marks Real Estate LLC<br>725 Fifth Avenue<br>New York, NY 10022 |

| Services Rendered or Items Ordered | Details | Totals |
|---|---|---|
| LICENSE FEE: Portion of license fee due with respect to Farallon Estates<br><br>*All Funds are in US$ | US$ 10,026,014.00 | |
| **Please Wire Funds As Follows:**<br>Name: Trump Marks Real Estate LLC<br>Account #:9644 029630<br>Bank:Capital One Bank<br>Address: 1001 Avenue of the Americas, NY, NY 10018<br><br>ABA #: 021 407 912 | | |
| | Total Invoice: $10,026,014.00 | |

If you have any questions concerning this invoice please call: Ritu Rustogi at (212) 836-3234.
Fax (212) 832-5396.

Neither this invoice nor the receipt of any amounts referred to in this invoice shall constitute a waiver of any of Trump Marks Real Estate LLC's rights or remedies (including, without limitation, the right to conduct an audit under the terms of the Licence Agreement), all of which are expressly reserved.

**[REDACTED]**

-----Original Message-----
From: Ritu Rustogi
Sent: Friday, May 08, 2009 2:43 PM
To: 'Michell David Vargas López'
Cc: Allen Weisselberg; Donna Kidder; Ron Lieberman
Subject: Invoice for Payment of License Fees


Hi Michell,

Hope you are doing well. Please find the invoice for payment attached.

Our amount differs from what you have calculated. You will see the invoice states an amount of $10,026,014.00 as opposed to the $8,705,887.00 you stated in the report under 'Commission Due as of March 2009'.

According to the License Agreement, in the event that 30% or more of the purchase price shall be paid, then 20% of total commission due will be paid to us as Licensor immediately, with the final 80% at closing. There were a few lots for which the 30% threshold have been exceeded, yet they were not included in the commission column.

Please remit payment as soon as possible pursuant to the following wiring instructions: (also stated on attached invoice)

Name: Trump Marks Real Estate LLC
Account#: 9644 029630
Bank: Capital One Bank
Address: 1001 Avenues of the Americas, NY, NY 10018

Please let me know if you have any questions.

Best regards,

1

Ritu

Ritu Rustogi
The Trump Organization
725 Fifth Avenue, 25th Floor | New York, NY 10022
Direct: (212) 836-3234 | Fax: (212) 836-3202 rrustogi@trumporg.com

-----Original Message-----
From: Ritu Rustogi [mailto:rrustogi@trumporg.com]
Sent: Friday, May 08, 2009 2:36 PM
To: Ritu Rustogi
Subject:

This E-mail was sent from "RNPB4A424" (MPC4500/DSc545).

Scan Date: 05.08.2009 14:35:51 (-0400)

This e-mail message, and any attachments to it, are for the sole use of the intended recipients, and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this email message or its attachments is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, while the company uses virus protection, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.