EXHIBIT G



C A P C A N A

December 28th, 2009

Mr. Eric Trump
The Trump Organization
725 Fifth Avenue
New York, NY 10022
The United States of America

Dear Eric,

First of all I would like to take this opportunity to wish you and your family a Merry Christmas and a healthy and prosperous 2010. Allow me to say that I regret that the language barrier makes it difficult for us to communicate directly, frequently and verbally, as I would prefer, especially in tough times.

For us, the year 2009 was marked by the global financial Tsunami, and was a year of tenacious hanging on, excruciating restructuring struggles, and dogged survival. The events of 2009 sorely tested even our most valued long term relationships. As we look around, we are hopeful that 2010 will prove to be a year of gradual recovery. We have faith that, having withstood the worst that the markets could dish out at us, we have laid the foundations for a sounder and more fruitful future in which we can repair, rebuild and nourish the partnerships we cherish.

Like most second home real estate developments, our cash situation over the last year and a half can only be described as precarious on the best of days and more akin to bungee-jumping than textbook cash management.

We had found some relief during the second half of the year by focusing on some off-the-beaten-track markets like Venezuela, where we diligently built up a rewarding market of recognized developers looking for a destination where they could invest safely and offer to their clients some of their favorite activities like yachting, golf and sports fishing in a secure and culturally familiar environment.

It was based upon the business that was taking shape from Venezuela that, with significant sacrifice on our part, we were able to comply faithfully with the previously agreed upon installments for the period from May until December, inclusive, plus the required tax outlays. Nevertheless, over the last few weeks, some 8 banks in Venezuela have run into serious financial trouble, a situation that has generated a generalized freeze-up of liquidity and caused a our best Venezuelan customers and prospects to call us up and inform us that they would be unable to pay us as had been expected.

RNC 1-24-01489-1
Pedro Henríquez Ureña No. 56, La Esperilla
Santo Domingo, D. N.
República Dominicana 10107
T. 809. 472. 2525 F. 809. 567. 7251

www.capcana.com



In view of this totally unexpected turn of events, and contrary to our wishes, it is unfortunately necessary to adapt the payment plan to this new set of facts. While this new proposed payment plan is somewhat slower in early 2010 than the prior version, I must ask that you take into account that we did indeed make the payments up to and including December 2009, and that you are being paid out sooner and faster than ANY of our senior secured lenders, who, in spite of their very strong collateral packages and covenants, have been granting grace periods to Cap Cana for principal payments over 2009 – 2011.

Cap Cana's creditors have, without exception, taken the position that the fastest way to recover the sums owed to them is to present the Company's situation in the best possible light, so as to foment our gradually recovering sales and enhance our access to refinancing and new investments.

We cannot overstate how mortified we are as a family to have to ask for your family's forbearance under these circumstances.

At the same time, we ask for your understanding that the only way for us to generate the cash to pay you is for the Cap Cana name to be fostered and our most visible relationships to be perceptibly enhanced over 2010.

We thank you for your kind attention to this letter in the midst of the holiday celebrations. Once this episode is behind us all, we look forward to celebrating together with you not merely the full satisfaction of the sums owed today, but more importantly, the new business that we both know that Trump and Cap Cana can and will generate in the near future.

Yours truly,

Fernando Hazoury
Cap Cana, S.A.


Attachment:   Payment Plan

Cc:   Ricardo Hazoury
      George Spence
      Benny Guevara

RNC 1-24-01489-1
Pedro Henríquez Ureña No. 56, La Esperilla
Santo Domingo, D. N.
República Dominicana 10107
T. 809. 472. 2525 F. 809. 567. 7251

www.capcana.com



CAPCANA

Proposal

| Payment Through the month | Total Payment | Net DR Witholding Tax** | |
|---|---|---|---|
| May-09 | 1,333,333.33 | 1,000,000.00 | Received |
| Jul-09 | 98,851.82 | 74,138.87 | Received |
| Aug-09 | 1,475,924.28 | 1,106,943.21 | Received |
| Oct-09 | 164,549.73 | 123,412.30 | Received |
| Nov-09 | 1,333,333.33 | 1,000,000.00 | Received |
| Jan-10 | 1,000,000.00 | 750,000.00 | |
| Mar-10 | 566,666.50 | 424,999.88 | |
| Apr-10 | 566,666.50 | 424,999.88 | |
| May-10 | 1,133,333.00 | 849,999.75 | |
| Jul-10 | 1,133,333.00 | 849,999.75 | |
| Sep-10 | 1,133,333.00 | 849,999.75 | |
| Nov-10 | 1,133,333.00 | 849,999.75 | |
| Monthly Payments* | 168,849.69 | 126,637.27 | |

**Including the Trump discharge tax documentation

RNC 1-24-01489-1
Pedro Henríquez Ureña No. 56, La Esperilla
Santo Domingo, D. N.
República Dominicana 10107
T. 809. 472. 2525 F. 809. 567. 7251

www.capcana.com

# EXHIBIT H

[REDACTED]

**From:** Fernando Hazoury [mailto:f.hazoury@capcana.com]
**Sent:** Tuesday, June 15, 2010 5:27 PM
**To:** Eric Trump
**Cc:** Ricardo Hazoury; benny guevara; benny guevara
**Subject:** About today's payment
**Importance:** High

Dear Eric,

I regret to inform you that for all the effort we have placed on this endeavor, we were not able to carry out today's payment in the amount of $ 433,593.02, which includes principal, interest and penalty. I apologize for not informing you earlier of this situation, but we were in the hope of receiving payments from various customers (debtors).

I believe I have mentioned that we have been aggressively exploring the Venezuelan market for the past 14 months, a market which was minimally open at the time of crisis's beginning. We've been working non-stop with this new venue with very good results, and due to the political issues of the aforementioned country, there is great interest in making investments abroad. The revenues of CapCana (from the last 14 months) have come mostly from sales in that market.

However, these same political issues are affecting us negatively at this moment, as the government has passed a new law three weeks ago prohibiting its citizens from acquiring foreign currency (U.S. dollars or other hard currency). As you can imagine, this has greatly undermined the buying and paying power of virtually all our clients.

In the past three weeks, I have spent 14 days in Caracas working on a solution, which will be implemented in the not too distant future.

8/1/2012

Based on what I have explained, I comprehend your reluctance to assume this is your problem, but unfortunately for us it has been an unexpected hit, albeit temporary. Regardless the resolution of the problems regarding our Venezuelan customers, in no later than two or three weeks, we will be making the payment in question with interest and penalty.

When I sent you the last communication on April 30, I could not foresee that an external situation such as this one could arise, therefore we submitted the new payment plan and complied with the promised payment on last May 15, date in which this problem had not occurred in Venezuela.

**I am more than aware these words and excuses do not resolve your problem, the ideal and acceptable solution is payment of the amount owed. Nevertheless, be assured that I am working day in and day out in every effort to secure these funds. I want to emphasize that we will not stop endeavoring assiduously and diligently until this debt is paid in full.**

I will personally keep you informed of how things are progressing and wish to take this opportunity to request a meeting at your offices in New York, as per your convenience. Please let me know when it would work for you, so I can coordinate with Ricardo and Benny who will also be attending.

I deeply regret this unfortunate turn of events and hope for your continued understanding and assistance.

Regards,

Fernando

# EXHIBIT I

# Balance Reporting : Previous Day  Credit Transaction Detail

## Account Information

| | |
|---|---|
| Transaction Date : | 06/21/2009 |
| Financial Institution : | Capital One Eastern |
| Account : | ████████ ▶ TRUMP MARKS REAL ESTATE LLC 9830 |
| Currency : | USD |

## Credit Information

| | |
|---|---|
| Amount : | 1,000,000.00 |
| Description : | Incoming Mon Tran |
| Bank Reference : | 00001626 |
| Customer Reference : | |
| Text : | CAP CANA S.A. |

Capital One Bank
Transaction Search Report

Financial Institution: Capital One-Eastern
Account:
Date/Time From: 8/1/09 12:00:00 AM

TRUMP MARKS REAL ESTATE LLC

Date/Time To: 8/31/09 11:59:59 PM

Printed on 8/31/09 7:13:42 AM

Currency: USD

| Trans Date | Financial Institution | Account# | Type Code | Description | Bank Ref | Customer Ref | Value Date | Credit | Debit Previous day/Intraday | Text Field |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/6/09 | Capital One Eastern | | 195 | Incoming Mon Tran | 00001562 | | | 8,830.00 PYO IT GANY O | | CAP CANNA S. AL |
| 8/28/09 | Capital One Eastern | | 195 | Incoming Mon Tran | 00004988 | | | 106,946.21 | | CAP CANNA S. AL |
| 8/28/09 | Capital One Eastern | | 195 | Incoming Mon Tran | 00004992 | | | 1,000,000.00 | | CAP CANNA S. AL |

Page 1 of 1

This is an unaudited report and is for informational purposes only.

Report Date: 8/31/09

# EXHIBIT J

# Trump Marks Real Estate LLC

725 Fifth Avenue, 26th Floor
New York, New York 10022

July 10, 2009

<u>VIA FEDERAL EXPRESS</u>

Ricardo Hazoury
Cap Cana, S.A.
Avenida Pedro Henríquez Ureña No. 56, Ensanche La Esperilla
Santo Domingo, Dominican Republic

RE:   License Agreement ("License Agreement") Dated as of February 16, 2007 by and between Trump Marks Real Estate LLC ("Licensor") and Cap Cana, S.A. ("Licensee")

Dear Mr. Hazoury:

Pursuant to <u>Section 4(c)</u> of the License Agreement, this letter shall serve as notice to Licensee that Licensor intends to audit Licensee's books and records in the Dominican Republic with respect to the determination of fees payable to Licensor under the terms of the License Agreement. This audit shall be performed by Mejia Lora & Asociados (the "Auditor") on Licensor's behalf and representatives from the Auditor will be contacting Licensee directly to schedule the audit.

Pursuant to <u>Section 4(c)</u> of the License Agreement, Licensor and Auditor shall have the right to copy and duplicate from Licensee such information and documentation as Licensor shall reasonably require for the audit; and Licensee shall deliver to Licensor a certificate from Licensee's Chief Financial Officer or a substitute senior officer (with direct knowledge of the information being certified) certifying the accuracy of the information delivered by Licensee to Licensor and Auditor in connection with the audit.

Sincerely,

TRUMP MARKS REAL ESTATE LLC,
a Delaware limited liability company

By:
Eric Trump, Vice President

cc: (via Federal Express)
    Elaine Senra
    Cap Cana, S.A
    Avenida Pedro Henríquez Ureña No. 56, Ensanche La Esperilla
    Santo Domingo, Dominican Republic

    Jamie Mercado, Esq.
    Simpson Thatcher & Bartlett LLP
    425 Lexington Avenue
    New York, New York 10017-3954

cc: (via email)
    Allen Weisselberg
    Jason Blacksberg
    Ritu Rustogi