# EXHIBIT L

# Cap Cana: Payment Schedule Based on Cap Cana Provided Numbers

1/11/2013

## Assumptions

| | |
|---|---|
| Principal Due (excluding payments after 5/21/09) | 14,268,442 |
| Interest Due (calculated as of 5/21/09) | 1,553,305 |
| Annual Interest Rate | 10% |
| Daily Interest Rate | 0.02740% |

| Total Commissions & Interest Due As-Of Today | 148,000 |
|---|---|
| Communicated by Cap Cana – Outstanding Commission Due* | $10,095,914 |
| Auditor Identified | $14,367,293 |

* does not include interest

Note: FAR 25 is included, but from a separate sheet. Information from Cap Cana was not provided in time to include in auditors findings.

Note: All calculations are based on the commissions due of which The Trump Organization is currently aware based on what Cap Cana communicated to the auditors. This is not a final tally.

## Payment Schedule

| Payment Dates | Principal Payment | Interest Payment | Total Payment | Net DR Withholding Tax | Notes |
|---|---|---|---|---|---|
| 21-May-09 | | 1,333,333.33 | 1,333,333.33 | 1,000,000.00 | RECEIVED: Fixed Payment of $1 1/3MM |
| 21-Jul-09 | 98,851.82 | | 98,851.82 | 74,138.87 | RECEIVED: Lot 23 fees |
| 31-Aug-09 | 1,475,924.28 | | 1,475,924.28 | 1,106,943.21 | RECEIVED: Fixed Payment of $1 1/3MM + 142,590.95 from Lot 21 |
| 30-Sep-09 | 1,423,792.87 | 221,536.09 | 1,645,328.96 | 1,233,996.72 | 1/3 of Newly Identified Past Due Fees ($4,271,378.60) & Interest ($664,608.27) |
| 30-Oct-09 | 1,423,792.87 | 221,536.09 | 1,645,328.96 | 1,233,996.72 | 1/3 of Newly Identified Past Due Fees ($4,271,378.60) & Interest ($664,608.27) - note monthly payments also commence |
| 30-Nov-09 | 2,757,126.20 | 221,536.09 | 2,978,662.29 | 2,233,996.71 | Fixed Payment of $1 1/3MM + 1/3 of Newly Identified Past Due Fees ($4,271,378.60) & Interest ($664,608.27) |
| 1-Jan-10 | 1,047,957.00 | 1,659,022.34 | 2,706,979.34 | 2,030,234.50 | All Interest + Amount Required to Pay-Off Total of 50% of Total Previously Identified Principal ($10,095,914) |
| Monthly Payments* | | 148,243.36 | 148,243.36 | 111,182.52 | 36 monthly payments Oct 30, 2009 - Sept 30, 2012 |

* Calculated using Solver to establish equal payments that result in balance of $0 after 36 months.

Note: All fees are calculated on a gross basis.  Licensee to withhold, pay, and provide documentation of a 25% Dominican Republic

### Payment Summary

| | Total | Net DR Withholding Tax |
|---|---|---|
| 2009 | 9,622,160 | 7,216,620 |
| 2010 | 4,485,900 | 3,364,425 |
| 2011 | 1,778,920 | 1,334,190 |
| 2012 | 1,334,190 | 1,000,643 |
| Total | 17,221,170 | 12,915,877 |

| Date | Days | Start Balance | Interest Accrued | Payments | End Balance |
|---|---|---|---|---|---|
| 5/21/2009 | 1 | 15,821,747 | 4,335 | 1,333,333 | 14,492,748 |
| 5/22/2009 | 2 | 14,492,748 | 3,971 | | 14,496,719 |
| 5/23/2009 | 3 | 14,496,719 | 3,972 | | 14,500,690 |
| 5/24/2009 | 4 | 14,500,690 | 3,973 | | 14,504,663 |
| 5/25/2009 | 5 | 14,504,663 | 3,974 | | 14,508,637 |
| 5/26/2009 | 6 | 14,508,637 | 3,975 | | 14,512,612 |
| 5/27/2009 | 7 | 14,512,612 | 3,976 | | 14,516,588 |
| 5/28/2009 | 8 | 14,516,588 | 3,977 | | 14,520,565 |
| 5/29/2009 | 9 | 14,520,565 | 3,978 | | 14,524,544 |
| 5/30/2009 | 10 | 14,524,544 | 3,979 | | 14,528,523 |
| 5/31/2009 | 11 | 14,528,523 | 3,980 | | 14,532,503 |

# EXHIBIT M

# Cap Cana: Payment Schedule Based on Cap Cana Provided Numbers

1/11/2013

## Assumptions

| | |
|---|---|
| Principal Due (excluding payments after 5/21/09) | 13,501,111 |
| Interest Due (calculated as of 5/21/09) | 1,483,021 |
| Annual Interest Rate | 10% |
| Daily Interest Rate | 0.02740% |

| | | |
|---|---|---|
| Total Commissions & Interest Due As-Of Today | | (860,311) |
| | | Outstanding Commission Due* |
| Communicated by Cap Cana | | $10,095,914 |
| Auditor Identified | | $14,367,293 |
| *does not include interest | | |

Note: FAR 25 is included, but from a separate sheet. Information from Cap Cana was not provided in time to include in auditors findings.

Note: All calculations are based on the commissions due of which The Trump Organization is currently aware based on what Cap Cana communicated to the auditors. This is not a final tally.

## Payment Schedule

| Payment Dates | Principal Payment | Interest Payment | Total Payment | Witholding Tax | Net DR | Notes |
|---|---|---|---|---|---|---|
| 21-May-09 | 1,333,333.33 | | 1,333,333.33 | | 1,000,000.00 | RECEIVED: Fixed Payment of $1 1/3MM |
| 21-Jul-09 | 98,851.82 | | 98,851.82 | 74,138.87 | | RECEIVED: Lot 23 fees |
| 31-Aug-09 | 1,475,924.28 | | 1,475,924.28 | 1,106,943.21 | | RECEIVED: Fixed Payment of $1 1/3MM + 142,590.95 from Lot 21 |
| 30-Sep-09 | 1,423,792.87 | 221,536.09 | 1,645,328.96 | | 1,233,996.72 | 1/3 of Newly Identified Past Due Fees ($4,271,378.60) & Interest ($664,608.27) |
| 30-Oct-09 | 1,423,792.87 | 221,536.09 | 1,645,328.96 | | 1,233,996.72 | 1/3 of Newly Identified Past Due Fees ($4,271,378.60) & Interest ($664,608.27) - note monthly payments also commence |
| 30-Nov-09 | 2,757,126.20 | 221,536.09 | 2,978,662.29 | | 2,233,996.71 | Fixed Payment of $1 1/3MM + 1/3 of Newly Identified Past Due Fees ($4,271,378.60) & Interest ($664,608.27) |
| 1-Jan-10 | 1,047,957.00 | 1,535,243.56 | 2,583,200.56 | | 1,937,400.42 | All Interest + Amount Required to Pay-Off Total of 50% of Total Previously Identified Principal ($10,095,914) |
| Monthly Payments* | | | 148,243.36 | 111,182.52 | | 36 monthly payments Oct 30, 2009 - Sept 30, 2012 |

* Calculated using Solver to establish equal payments that result in balance of $0 after 36 months.

Note: All fees are calculated on a gross basis. Licensee to withold, pay, and provide documentation of a 25% Dominican Republic

## Payment Summary

| | Days | Total | Net DR Withholding Tax |
|---|---|---|---|
| 2009 | | 9,622,160 | 7,216,620 |
| 2010 | | 4,362,121 | 3,271,591 |
| 2011 | | 1,778,920 | 1,334,190 |
| 2012 | | 1,334,190 | 1,000,643 |
| Total | | 17,097,391 | 12,823,043 |

| Date | Days | Start Balance | Interest Accrued | Payments | End Balance |
|---|---|---|---|---|---|
| 5/21/2009 | 1 | 14,984,132 | 4,105 | 1,333,333 | 13,654,904 |
| 5/22/2009 | 2 | 13,654,904 | 3,741 | | 13,658,645 |
| 5/23/2009 | 3 | 13,658,645 | 3,742 | | 13,662,387 |
| 5/24/2009 | 4 | 13,662,387 | 3,743 | | 13,666,130 |
| 5/25/2009 | 5 | 13,666,130 | 3,744 | | 13,669,874 |
| 5/26/2009 | 6 | 13,669,874 | 3,745 | | 13,673,619 |
| 5/27/2009 | 7 | 13,673,619 | 3,746 | | 13,677,366 |
| 5/28/2009 | 8 | 13,677,366 | 3,747 | | 13,681,113 |
| 5/29/2009 | 9 | 13,681,113 | 3,748 | | 13,684,861 |
| 5/30/2009 | 10 | 13,684,861 | 3,749 | | 13,688,610 |
| 5/31/2009 | 11 | 13,688,610 | 3,750 | | 13,692,361 |
| 6/1/2009 | 12 | 13,692,361 | 3,751 | | 13,696,112 |
| 6/2/2009 | 13 | 13,696,112 | 3,752 | | 13,699,864 |

# EXHIBIT N

### Payment Summary

| Payment Dates | Total Payment Due | Net DR Witholding Tax | Notes |
|---|---|---|---|
| 21-May-09 | 1,333,333.33 | 1,000,000.00 | RECEIVED: Fixed Payment of $1 1/3MM |
| 21-Jul-09 | 98,851.82 | 74,138.87 | RECEIVED: FAR 23 fees |
| 28-Aug-09 | 1,475,924.28 | 1,106,943.21 | RECEIVED: Fixed Payment of $1 1/3MM + 142,590.95 from FAR 21 |
| 30-Oct-09 | 164,546.72 | 123,410.04 | RECEIVED: First Monthly Payment |
| 1-Dec-09 | 1,497,883.05 | 1,123,412.29 | RECEIVED |
| 5-Jan-10 | 831,478.55 | 623,608.91 | RECEIVED |
| 29-Jan-10 | 502,556.65 | 376,917.49 | RECEIVED |
| 9-Mar-10 | 169,222.32 | 126,916.74 | RECEIVED |
| 10-Mar-10 | 451.27 | 338.45 | RECEIVED |
| 30-Mar-10 | 566,666.38 | 424,999.79 | RECEIVED |
| 30-Apr-10 | 169,560.77 | 127,170.58 | RECEIVED INCLUDEDS 338.45 DEFAULT INTEREST |
| 11-May-10 | 194,265.05 | 145,698.79 | RECEIVED: FAR 47 FEES |
| 30-May-10 | 169,202.62 | 126,901.97 | RECEIVED |
| 30-Jun-10 | 169,203.00 | 126,902.25 | RECEIVED |
| 6-Jul-10 | 566,667.00 | 425,000.25 | RECEIVED |
| 30-Jul-10 | 1,160,344.01 | 870,258.01 | RECEIVED INCLUDEDS 25,113.52 DEFAULT INTEREST |
| 2-Jul-10 | 169,203.00 | 126,902.25 | RECEIVED |
| 2-Aug-10 | 650,000.00 | 487,500.00 | RECEIVED |
| 13-Sep-10 | 54,666.67 | 41,000.00 | RECEIVED |
| 24-Sep-10 | 133,333.33 | 100,000.00 | RECEIVED |
| 14-Oct-10 | 237,000.00 | 177,750.00 | RECEIVED |
| 15-Oct-10 | 5,623.89 | 5,623.89 | RECEIVED (DEFAULT INTEREST) |
| 29-Oct-10 | 425,000.00 | 318,750.00 | RECEIVED |
| 29-Oct-10 | 5,030.14 | 5,030.14 | RECEIVED (DEFAULT INTEREST) |
| 23-Nov-10 | 425,000.00 | 318,750.00 | RECEIVED |
| 28-Dec-10 | 425,000.00 | 318,750.00 | RECEIVED |
| 28-Dec-10 | 4,610.98 | 4,610.98 | RECEIVED (DEFAULT INTEREST) |
| 6-Apr-11 | 276,995.07 | 207,746.30 | RECEIVED: FAR 48 FEES |
| 20-Apr-11 | 425,000.00 | 318,750.00 | RECEIVED |
| | 12,306,619.90 | | TOTAL COMMISSIONS + DEFAULT INTEREST REC/D FROM MAY 21, 2009 |
| | 4,000,000.00 | | UP FRONT FEE |
| | 555,348.00 | | COMMISSIONS PAID 11/2007 |
| | 16,861,967.90 | | TOTAL RECEIVED TO DATE |