**EXHIBIT P**

# [REDACTED]

**From:** Fernando Hazoury [mailto:f.hazoury@capcana.com]
**Sent:** Tuesday, April 20, 2010 2:53 PM
**To:** Eric Trump
**Cc:** b.guevara@premier-development.com; bguevara@leisurepartners.org
**Subject:** DUE PAYMENTS
**Importance:** High

Dear Eric,

As I informed you yesterday's afternoon, today I will be arriving to CapCana in order to review in detail our incomes so we can give you the final date of the payment. I have understood that Michel had informed you that the payment date would be made for the period of the week of Monday 12 to Friday 16 of this month (last week).

I apologize myself because I did not talk to you at the end of last week in order to tell you that it was not possible for us to execute the said payment on those dates. I have had a lot of issues under my responsibility and I was not aware of the flow's situation in specific. Those issues took me out of the day to day business, something I regularly avoid since a 1 ½ year ago and that rarely happens.

I want to assure you that if the payment has not been made is because we were unable to do it.

**The monthly payments agreed with you are our priority to a list of many different creditors or suppliers, with the exception of the renegotiated bonds payments of the last year**

About Sharon's issue, I understand that she has given to this, a systematic monitoring for all these months, as she is still doing.

As you will see in the attached emails, she specifically said that is impossible for her to participate in a conference call before Wednesday 21 (tomorrow), due to her work / personal agenda. I specifically have not details about it.

Remember that Sharon has her own lawyers firm in the company of other lawyers, and it is more than 2 years ago she does not work exclusively for CapCana. But be certain that it has not been nor will be for her effort and dedication that the legal documents will not be concluded, because we are interested in finalize the legal process ASAP.

8/1/2012

At latest this evening you will hear from us.

Regards

Fernando

**From:** Fernando Hazoury [mailto:f.hazoury@capcana.com]
**Sent:** Tuesday, April 20, 2010 9:44 PM
**To:** Eric Trump
**Cc:** b.guevara@premier-development.com; bguevara@leisurepartners.org
**Subject:** PAYMENTS AGENDA
**Importance:** High

Dear Eric,

After the meetings we've held during today, enclosed you will find the dates for the extraordinary payments corresponding to the months of March, April and May.

As you can see, I have decided not to work only with the delayed payment of March, since the forecasts I have seen and the defaults we've experienced in the pasts months from our debtors, we have made a forecast taking into consideration this last element.

If we did not have the intention to pay, we would not have paid between the third week of May 2009 and March 30 2010, a little over 40% of retroactive capital + interests owed last may. This has been a sum above the US$6MM. In addition, we have paid interests corresponding between May 2009 and March 2010, calculated over a percentage of 10%, which has been the agreement, but as value of your money, I do not consider it bad for the current times. All of the above has been done in the upmost good faith during the negotiation of the agreement, and we have made an extraordinary effort to comply with the aforementioned payments.

As for the payments agenda that I have created, please remember that the same is not the ideal for us. The latter was, as is legit from your side, agreed under the pressure that you would not accept a longer time period, but please don't get me wrong because we have assumed and will continue to assume our best efforts to comply with the same.

Is also true that for us to create and/or accept that payments agenda, at any time, we proposed that we needed to have the possibility that you can not carry on the execution in lieu of payment for at least during ninety days, after the 5 additional days to each payment date.

As you may remember, you rejected our request and proposed to give us no more than 45 days after 5 days for the above exposed.

I mention all this to you, because if those 45 days + 5 days, would not exist, we could not have a formal commitment with the said payment agenda, as we have today, though the agreement has not been signed.
Also as it is right, we are willing to pay the agreed penalty rate, whether or not formalized in the new agreement. As you can imagine, it is not fortunate for us as for anyone to pay enormous amounts of interest and penalties.

Eric, in both communications I have sent today, I have decided to remind you of the different actions and motives that demonstrate our intention to conclude the negotiations, in order to continue with the payments executions plan, as we have been doing since last year.

With all the respect you deserve as a person, and excellent business partner, I consider only logical to follow the path we have already chosen and which to date has resulted in payment of slightly more than 40% of the original debt.

Any other way would signify a great loss of time for both our companies, it would hurt us, and furthermore it would not benefit you at all.

I suggest that we continue forward with the equanimity that we have until now and I suggest to you to keep believing that we are doing our best efforts. I frankly feel that things are not easier, but our cash flow only allows us what I'm proposing to you.

Thanking you in advance for your understanding and trust

Regards,


Fernando

8/1/2012

## Attachment:

Extraordinary payment for March, 2010
US$425,000.00                - In or before May 15, 2010

Extraordinary payment for April, 2010
US$425,000.00                - In or before June 15, 2010

Extraordinary payment for May, 2010
US$850,000.00                - In or before July 9, 2010


**Note I:** In addition to these amounts, we would pay the already agreed penalty, calculated until the day of each payment.
Assuming that the above exposed rates be paid the last indicated day in the schedule above, would generate the approximately sum of $15,000.00 for the concept of the agreed penalty rate.

**Nota II:** We will be doing our best effort in order to improve the above dates in the calendar

**Note III:** We will continue doing the monthly payments and recurring (not extraordinary) of approximately US$127,000.00 per month, within the originally agreed dates.

**EXHIBIT Q**

## Nicholas David

| | |
|---|---|
| From: | Eric Trump <etrump@trumporg.com> |
| Sent: | Wednesday, July 07, 2010 11:55 AM |
| To: | 'Fernando Hazoury'; 'Ricardo Hazoury'; 'Michel Rodríguez'; benny guevara |
| Cc: | Alan Garten; Jason Blacksberg; David Orowitz; Lizebeth Kyprislidis |
| Subject: | 12 Month Cap Cana Repayment Schedule |
| Attachments: | 20100707091508277.pdf |

All,

Consistent with our discussions, attached please find the payment schedule for the next 12 months.

Please note that the amounts listed above are subject additional audits and are exclusive of the payments due on any and all unsold lots.

Thank you,

Eric

Eric F. Trump
The Trump Organization
Executive Vice President of Development and Acquisitions
725 Fifth Avenue, New York, NY 10022
Direct: (212) 715-7260  Fax: (212) 688-8135
Email: ETrump@trumporg.com
www.EricTrumpFoundation.com

## TRUMP MARKS REAL ESTATE LLC
## CAP CANA

| | Due | Payment Amount * | Accrued Interest | Balance Due |
|---|---|---|---|---|
| Balance at 7/31/10 | | | | 7,495,529.00 |
| Payment 1 | 8/1/2010 | 650,000.00 | 2,054.00 | 6,847,583.00 |
| Payment 2 | 9/1/2010 | 650,000.00 | 58,397.00 | 6,255,980.00 |
| Payment 3 | 10/1/2010 | 650,000.00 | 51,624.00 | 5,657,604.00 |
| Payment 4 | 11/1/2010 | 650,000.00 | 48,249.00 | 5,055,853.00 |
| Payment 5 | 12/1/2010 | 650,000.00 | 41,720.00 | 4,447,573.00 |
| Payment 6 | 1/1/2011 | 650,000.00 | 37,930.00 | 3,835,503.00 |
| Payment 7 | 2/1/2011 | 650,000.00 | 32,710.00 | 3,218,213.00 |
| Payment 8 | 3/1/2011 | 650,000.00 | 24,779.00 | 2,592,992.00 |
| Payment 9 | 4/1/2011 | 650,000.00 | 22,113.00 | 1,965,105.00 |
| Payment 10 | 5/1/2011 | 650,000.00 | 16,216.00 | 1,331,321.00 |
| Payment 11 | 6/1/2011 | 650,000.00 | 11,354.00 | 692,675.00 |
| Payment 12 | 7/1/2011 | 698,391.00 | 5,716.00 | 0.00 |

Total Payments: 7,848,391.00

*The amounts in this column include accrued interest on arrears. (see supporting schedule 1 for per diem interest calculation)

# Schedule 1

Cap Cana: Payment Schedule Based on Cap Cana Provided Numbers - Detail

| Date | Days | Start Balance | Interest Accrued | Payments | End Balance |
|---|---|---|---|---|---|
| 7/6/2010 | 412 | 8,575,356 | 2,349 | 1,133,333 | 7,444,373 |
| 7/7/2010 | 413 | 7,444,373 | 2,040 | | 7,446,412 |
| 7/8/2010 | 414 | 7,446,412 | 2,040 | | 7,448,452 |
| 7/9/2010 | 415 | 7,448,452 | 2,041 | | 7,450,493 |
| 7/10/2010 | 416 | 7,450,493 | 2,041 | | 7,452,534 |
| 7/11/2010 | 417 | 7,452,534 | 2,042 | | 7,454,576 |
| 7/12/2010 | 418 | 7,454,576 | 2,042 | | 7,456,618 |
| 7/13/2010 | 419 | 7,456,618 | 2,043 | | 7,458,661 |
| 7/14/2010 | 420 | 7,458,661 | 2,043 | | 7,460,705 |
| 7/15/2010 | 421 | 7,460,705 | 2,044 | | 7,462,749 |
| 7/16/2010 | 422 | 7,462,749 | 2,045 | | 7,464,793 |
| 7/17/2010 | 423 | 7,464,793 | 2,045 | | 7,466,838 |
| 7/18/2010 | 424 | 7,466,838 | 2,046 | | 7,468,884 |
| 7/19/2010 | 425 | 7,468,884 | 2,046 | | 7,470,930 |
| 7/20/2010 | 426 | 7,470,930 | 2,047 | | 7,472,977 |
| 7/21/2010 | 427 | 7,472,977 | 2,047 | | 7,475,025 |
| 7/22/2010 | 428 | 7,475,025 | 2,048 | | 7,477,073 |
| 7/23/2010 | 429 | 7,477,073 | 2,049 | | 7,479,121 |
| 7/24/2010 | 430 | 7,479,121 | 2,049 | | 7,481,170 |
| 7/25/2010 | 431 | 7,481,170 | 2,050 | | 7,483,220 |
| 7/26/2010 | 432 | 7,483,220 | 2,050 | | 7,485,270 |
| 7/27/2010 | 433 | 7,485,270 | 2,051 | | 7,487,321 |
| 7/28/2010 | 434 | 7,487,321 | 2,051 | | 7,489,372 |
| 7/29/2010 | 435 | 7,489,372 | 2,052 | | 7,491,424 |
| 7/30/2010 | 436 | 7,491,424 | 2,052 | | 7,493,476 |
| 7/31/2010 | 437 | 7,493,476 | 2,053 | | 7,495,529 |
| 8/1/2010 | 438 | 7,495,529 | 2,054 | 650,000 | 6,847,583 |
| 8/2/2010 | 439 | 6,847,583 | 1,876 | | 6,849,459 |
| 8/3/2010 | 440 | 6,849,459 | 1,877 | | 6,851,336 |
| 8/4/2010 | 441 | 6,851,336 | 1,877 | | 6,853,213 |
| 8/5/2010 | 442 | 6,853,213 | 1,878 | | 6,855,090 |
| 8/6/2010 | 443 | 6,855,090 | 1,878 | | 6,856,968 |
| 8/7/2010 | 444 | 6,856,968 | 1,879 | | 6,858,847 |
| 8/8/2010 | 445 | 6,858,847 | 1,879 | | 6,860,726 |
| 8/9/2010 | 446 | 6,860,726 | 1,880 | | 6,862,606 |
| 8/10/2010 | 447 | 6,862,606 | 1,880 | | 6,864,486 |
| 8/11/2010 | 448 | 6,864,486 | 1,881 | | 6,866,367 |
| 8/12/2010 | 449 | 6,866,367 | 1,881 | | 6,868,248 |
| 8/13/2010 | 450 | 6,868,248 | 1,882 | | 6,870,130 |
| 8/14/2010 | 451 | 6,870,130 | 1,882 | | 6,872,012 |
| 8/15/2010 | 452 | 6,872,012 | 1,883 | | 6,873,895 |
| 8/16/2010 | 453 | 6,873,895 | 1,883 | | 6,875,778 |
| 8/17/2010 | 454 | 6,875,778 | 1,884 | | 6,877,662 |
| 8/18/2010 | 455 | 6,877,662 | 1,884 | | 6,879,546 |
| 8/19/2010 | 456 | 6,879,546 | 1,885 | | 6,881,431 |
| 8/20/2010 | 457 | 6,881,431 | 1,885 | | 6,883,316 |
| 8/21/2010 | 458 | 6,883,316 | 1,886 | | 6,885,202 |
| 8/22/2010 | 459 | 6,885,202 | 1,886 | | 6,887,088 |
| 8/23/2010 | 460 | 6,887,088 | 1,887 | | 6,888,975 |
| 8/24/2010 | 461 | 6,888,975 | 1,887 | | 6,890,862 |
| 8/25/2010 | 462 | 6,890,862 | 1,888 | | 6,892,750 |
| 8/26/2010 | 463 | 6,892,750 | 1,888 | | 6,894,639 |
| 8/27/2010 | 464 | 6,894,639 | 1,889 | | 6,896,528 |
| 8/28/2010 | 465 | 6,896,528 | 1,889 | | 6,898,417 |
| 8/29/2010 | 466 | 6,898,417 | 1,890 | | 6,900,307 |
| 8/30/2010 | 467 | 6,900,307 | 1,890 | | 6,902,198 |
| 8/31/2010 | 468 | 6,902,198 | 1,891 | | 6,904,089 |
| 9/1/2010 | 469 | 6,904,089 | 1,892 | 650,000 | 6,255,980 |
| 9/2/2010 | 470 | 6,255,980 | 1,714 | | 6,257,694 |
| 9/3/2010 | 471 | 6,257,694 | 1,714 | | 6,259,409 |
| 9/4/2010 | 472 | 6,259,409 | 1,715 | | 6,261,124 |
| 9/5/2010 | 473 | 6,261,124 | 1,715 | | 6,262,839 |
| 9/6/2010 | 474 | 6,262,839 | 1,716 | | 6,264,555 |
| 9/7/2010 | 475 | 6,264,555 | 1,716 | | 6,266,271 |
| 9/8/2010 | 476 | 6,266,271 | 1,717 | | 6,267,988 |
| 9/9/2010 | 477 | 6,267,988 | 1,717 | | 6,269,705 |
| 9/10/2010 | 478 | 6,269,705 | 1,718 | | 6,271,423 |
| 9/11/2010 | 479 | 6,271,423 | 1,718 | | 6,273,141 |
| 9/12/2010 | 480 | 6,273,141 | 1,719 | | 6,274,860 |
| 9/13/2010 | 481 | 6,274,860 | 1,719 | | 6,276,579 |
| 9/14/2010 | 482 | 6,276,579 | 1,720 | | 6,278,298 |
| 9/15/2010 | 483 | 6,278,298 | 1,720 | | 6,280,019 |
| 9/16/2010 | 484 | 6,280,019 | 1,721 | | 6,281,739 |
| 9/17/2010 | 485 | 6,281,739 | 1,721 | | 6,283,460 |
| 9/18/2010 | 486 | 6,283,460 | 1,721 | | 6,285,182 |
| 9/19/2010 | 487 | 6,285,182 | 1,722 | | 6,286,904 |
| 9/20/2010 | 488 | 6,286,904 | 1,722 | | 6,288,626 |
| 9/21/2010 | 489 | 6,288,626 | 1,723 | | 6,290,349 |
| 9/22/2010 | 490 | 6,290,349 | 1,723 | | 6,292,072 |
| 9/23/2010 | 491 | 6,292,072 | 1,724 | | 6,293,796 |
| 9/24/2010 | 492 | 6,293,796 | 1,724 | | 6,295,521 |
| 9/25/2010 | 493 | 6,295,521 | 1,725 | | 6,297,245 |
| 9/26/2010 | 494 | 6,297,245 | 1,725 | | 6,298,971 |
| 9/27/2010 | 495 | 6,298,971 | 1,726 | | 6,300,696 |
| 9/28/2010 | 496 | 6,300,696 | 1,726 | | 6,302,423 |
| 9/29/2010 | 497 | 6,302,423 | 1,727 | | 6,304,149 |
| 9/30/2010 | 498 | 6,304,149 | 1,727 | | 6,305,876 |
| 10/1/2010 | 499 | 6,305,876 | 1,728 | 650,000 | 5,657,604 |
| 10/2/2010 | 500 | 5,657,604 | 1,550 | | 5,659,154 |
| 10/3/2010 | 501 | 5,659,154 | 1,550 | | 5,660,705 |
| 10/4/2010 | 502 | 5,660,705 | 1,551 | | 5,662,255 |
| 10/5/2010 | 503 | 5,662,255 | 1,551 | | 5,663,807 |
| 10/6/2010 | 504 | 5,663,807 | 1,552 | | 5,665,358 |

# Schedule 1

Cap Cana: Payment Schedule Based on Cap Cana Provided Numbers - Detail

| Date | Days | Start Balance | Interest Accrued | Payments | End Balance |
|---|---|---|---|---|---|
| 10/7/2010 | 505 | 5,665,358 | 1,552 | | 5,666,911 |
| 10/8/2010 | 506 | 5,666,911 | 1,553 | | 5,668,463 |
| 10/9/2010 | 507 | 5,668,463 | 1,553 | | 5,670,016 |
| 10/10/2010 | 508 | 5,670,016 | 1,553 | | 5,671,570 |
| 10/11/2010 | 509 | 5,671,570 | 1,554 | | 5,673,123 |
| 10/12/2010 | 510 | 5,673,123 | 1,554 | | 5,674,678 |
| 10/13/2010 | 511 | 5,674,678 | 1,555 | | 5,676,232 |
| 10/14/2010 | 512 | 5,676,232 | 1,555 | | 5,677,788 |
| 10/15/2010 | 513 | 5,677,788 | 1,556 | | 5,679,343 |
| 10/16/2010 | 514 | 5,679,343 | 1,556 | | 5,680,899 |
| 10/17/2010 | 515 | 5,680,899 | 1,556 | | 5,682,456 |
| 10/18/2010 | 516 | 5,682,456 | 1,557 | | 5,684,012 |
| 10/19/2010 | 517 | 5,684,012 | 1,557 | | 5,685,570 |
| 10/20/2010 | 518 | 5,685,570 | 1,558 | | 5,687,127 |
| 10/21/2010 | 519 | 5,687,127 | 1,558 | | 5,688,685 |
| 10/22/2010 | 520 | 5,688,685 | 1,559 | | 5,690,244 |
| 10/23/2010 | 521 | 5,690,244 | 1,559 | | 5,691,803 |
| 10/24/2010 | 522 | 5,691,803 | 1,559 | | 5,693,362 |
| 10/25/2010 | 523 | 5,693,362 | 1,560 | | 5,694,922 |
| 10/26/2010 | 524 | 5,694,922 | 1,560 | | 5,696,482 |
| 10/27/2010 | 525 | 5,696,482 | 1,561 | | 5,698,043 |
| 10/28/2010 | 526 | 5,698,043 | 1,561 | | 5,699,604 |
| 10/29/2010 | 527 | 5,699,604 | 1,562 | | 5,701,166 |
| 10/30/2010 | 528 | 5,701,166 | 1,562 | | 5,702,728 |
| 10/31/2010 | 529 | 5,702,728 | 1,562 | | 5,704,290 |
| 11/1/2010 | 530 | 5,704,290 | 1,563 | 650,000 | 5,055,853 |
| 11/2/2010 | 531 | 5,055,853 | 1,385 | | 5,057,238 |
| 11/3/2010 | 532 | 5,057,238 | 1,386 | | 5,058,624 |
| 11/4/2010 | 533 | 5,058,624 | 1,386 | | 5,060,010 |
| 11/5/2010 | 534 | 5,060,010 | 1,386 | | 5,061,396 |
| 11/6/2010 | 535 | 5,061,396 | 1,387 | | 5,062,783 |
| 11/7/2010 | 536 | 5,062,783 | 1,387 | | 5,064,170 |
| 11/8/2010 | 537 | 5,064,170 | 1,387 | | 5,065,557 |
| 11/9/2010 | 538 | 5,065,557 | 1,388 | | 5,066,945 |
| 11/10/2010 | 539 | 5,066,945 | 1,388 | | 5,068,333 |
| 11/11/2010 | 540 | 5,068,333 | 1,389 | | 5,069,722 |
| 11/12/2010 | 541 | 5,069,722 | 1,389 | | 5,071,111 |
| 11/13/2010 | 542 | 5,071,111 | 1,389 | | 5,072,500 |
| 11/14/2010 | 543 | 5,072,500 | 1,390 | | 5,073,890 |
| 11/15/2010 | 544 | 5,073,890 | 1,390 | | 5,075,280 |
| 11/16/2010 | 545 | 5,075,280 | 1,390 | | 5,076,670 |
| 11/17/2010 | 546 | 5,076,670 | 1,391 | | 5,078,061 |
| 11/18/2010 | 547 | 5,078,061 | 1,391 | | 5,079,452 |
| 11/19/2010 | 548 | 5,079,452 | 1,392 | | 5,080,844 |
| 11/20/2010 | 549 | 5,080,844 | 1,392 | | 5,082,236 |
| 11/21/2010 | 550 | 5,082,236 | 1,392 | | 5,083,628 |
| 11/22/2010 | 551 | 5,083,628 | 1,393 | | 5,085,021 |
| 11/23/2010 | 552 | 5,085,021 | 1,393 | | 5,086,414 |
| 11/24/2010 | 553 | 5,086,414 | 1,394 | | 5,087,808 |
| 11/25/2010 | 554 | 5,087,808 | 1,394 | | 5,089,202 |
| 11/26/2010 | 555 | 5,089,202 | 1,394 | | 5,090,596 |
| 11/27/2010 | 556 | 5,090,596 | 1,395 | | 5,091,991 |
| 11/28/2010 | 557 | 5,091,991 | 1,395 | | 5,093,386 |
| 11/29/2010 | 558 | 5,093,386 | 1,395 | | 5,094,781 |
| 11/30/2010 | 559 | 5,094,781 | 1,396 | | 5,096,177 |
| 12/1/2010 | 560 | 5,096,177 | 1,396 | 650,000 | 4,447,573 |
| 12/2/2010 | 561 | 4,447,573 | 1,219 | | 4,448,792 |
| 12/3/2010 | 562 | 4,448,792 | 1,219 | | 4,450,011 |
| 12/4/2010 | 563 | 4,450,011 | 1,219 | | 4,451,230 |
| 12/5/2010 | 564 | 4,451,230 | 1,220 | | 4,452,449 |
| 12/6/2010 | 565 | 4,452,449 | 1,220 | | 4,453,669 |
| 12/7/2010 | 566 | 4,453,669 | 1,220 | | 4,454,889 |
| 12/8/2010 | 567 | 4,454,889 | 1,221 | | 4,456,110 |
| 12/9/2010 | 568 | 4,456,110 | 1,221 | | 4,457,331 |
| 12/10/2010 | 569 | 4,457,331 | 1,221 | | 4,458,552 |
| 12/11/2010 | 570 | 4,458,552 | 1,222 | | 4,459,774 |
| 12/12/2010 | 571 | 4,459,774 | 1,222 | | 4,460,995 |
| 12/13/2010 | 572 | 4,460,995 | 1,222 | | 4,462,218 |
| 12/14/2010 | 573 | 4,462,218 | 1,223 | | 4,463,440 |
| 12/15/2010 | 574 | 4,463,440 | 1,223 | | 4,464,663 |
| 12/16/2010 | 575 | 4,464,663 | 1,223 | | 4,465,886 |
| 12/17/2010 | 576 | 4,465,886 | 1,224 | | 4,467,110 |
| 12/18/2010 | 577 | 4,467,110 | 1,224 | | 4,468,334 |
| 12/19/2010 | 578 | 4,468,334 | 1,224 | | 4,469,558 |
| 12/20/2010 | 579 | 4,469,558 | 1,225 | | 4,470,782 |
| 12/21/2010 | 580 | 4,470,782 | 1,225 | | 4,472,007 |
| 12/22/2010 | 581 | 4,472,007 | 1,225 | | 4,473,232 |
| 12/23/2010 | 582 | 4,473,232 | 1,226 | | 4,474,458 |
| 12/24/2010 | 583 | 4,474,458 | 1,226 | | 4,475,684 |
| 12/25/2010 | 584 | 4,475,684 | 1,226 | | 4,476,910 |
| 12/26/2010 | 585 | 4,476,910 | 1,227 | | 4,478,137 |
| 12/27/2010 | 586 | 4,478,137 | 1,227 | | 4,479,363 |
| 12/28/2010 | 587 | 4,479,363 | 1,227 | | 4,480,591 |
| 12/29/2010 | 588 | 4,480,591 | 1,228 | | 4,481,818 |
| 12/30/2010 | 589 | 4,481,818 | 1,228 | | 4,483,046 |
| 12/31/2010 | 590 | 4,483,046 | 1,228 | | 4,484,274 |
| 1/1/2011 | 591 | 4,484,274 | 1,229 | 650,000 | 3,835,503 |
| 1/2/2011 | 592 | 3,835,503 | 1,051 | | 3,836,554 |
| 1/3/2011 | 593 | 3,836,554 | 1,051 | | 3,837,605 |
| 1/4/2011 | 594 | 3,837,605 | 1,051 | | 3,838,656 |
| 1/5/2011 | 595 | 3,838,656 | 1,052 | | 3,839,708 |
| 1/6/2011 | 596 | 3,839,708 | 1,052 | | 3,840,760 |
| 1/7/2011 | 597 | 3,840,760 | 1,052 | | 3,841,812 |

# Schedule 1

Cap Cana: Payment Schedule Based on Cap Cana Provided Numbers - Detail

| Date | Days | Start Balance | Interest Accrued | Payments | End Balance |
|---|---|---|---|---|---|
| 1/8/2011 | 598 | 3,841,812 | 1,053 | | 3,842,865 |
| 1/9/2011 | 599 | 3,842,865 | 1,053 | | 3,843,918 |
| 1/10/2011 | 600 | 3,843,918 | 1,053 | | 3,844,971 |
| 1/11/2011 | 601 | 3,844,971 | 1,053 | | 3,846,024 |
| 1/12/2011 | 602 | 3,846,024 | 1,054 | | 3,847,078 |
| 1/13/2011 | 603 | 3,847,078 | 1,054 | | 3,848,132 |
| 1/14/2011 | 604 | 3,848,132 | 1,054 | | 3,849,186 |
| 1/15/2011 | 605 | 3,849,186 | 1,055 | | 3,850,241 |
| 1/16/2011 | 606 | 3,850,241 | 1,055 | | 3,851,296 |
| 1/17/2011 | 607 | 3,851,296 | 1,055 | | 3,852,351 |
| 1/18/2011 | 608 | 3,852,351 | 1,055 | | 3,853,406 |
| 1/19/2011 | 609 | 3,853,406 | 1,056 | | 3,854,462 |
| 1/20/2011 | 610 | 3,854,462 | 1,056 | | 3,855,518 |
| 1/21/2011 | 611 | 3,855,518 | 1,056 | | 3,856,574 |
| 1/22/2011 | 612 | 3,856,574 | 1,057 | | 3,857,631 |
| 1/23/2011 | 613 | 3,857,631 | 1,057 | | 3,858,688 |
| 1/24/2011 | 614 | 3,858,688 | 1,057 | | 3,859,745 |
| 1/25/2011 | 615 | 3,859,745 | 1,057 | | 3,860,802 |
| 1/26/2011 | 616 | 3,860,802 | 1,058 | | 3,861,860 |
| 1/27/2011 | 617 | 3,861,860 | 1,058 | | 3,862,918 |
| 1/28/2011 | 618 | 3,862,918 | 1,058 | | 3,863,976 |
| 1/29/2011 | 619 | 3,863,976 | 1,059 | | 3,865,035 |
| 1/30/2011 | 620 | 3,865,035 | 1,059 | | 3,866,094 |
| 1/31/2011 | 621 | 3,866,094 | 1,059 | | 3,867,153 |
| 2/1/2011 | 622 | 3,867,153 | 1,059 | 650,000 | 3,218,213 |
| 2/2/2011 | 623 | 3,218,213 | 882 | | 3,219,094 |
| 2/3/2011 | 624 | 3,219,094 | 882 | | 3,219,976 |
| 2/4/2011 | 625 | 3,219,976 | 882 | | 3,220,858 |
| 2/5/2011 | 626 | 3,220,858 | 882 | | 3,221,741 |
| 2/6/2011 | 627 | 3,221,741 | 883 | | 3,222,624 |
| 2/7/2011 | 628 | 3,222,624 | 883 | | 3,223,507 |
| 2/8/2011 | 629 | 3,223,507 | 883 | | 3,224,390 |
| 2/9/2011 | 630 | 3,224,390 | 883 | | 3,225,273 |
| 2/10/2011 | 631 | 3,225,273 | 884 | | 3,226,157 |
| 2/11/2011 | 632 | 3,226,157 | 884 | | 3,227,041 |
| 2/12/2011 | 633 | 3,227,041 | 884 | | 3,227,925 |
| 2/13/2011 | 634 | 3,227,925 | 884 | | 3,228,809 |
| 2/14/2011 | 635 | 3,228,809 | 885 | | 3,229,694 |
| 2/15/2011 | 636 | 3,229,694 | 885 | | 3,230,579 |
| 2/16/2011 | 637 | 3,230,579 | 885 | | 3,231,464 |
| 2/17/2011 | 638 | 3,231,464 | 885 | | 3,232,349 |
| 2/18/2011 | 639 | 3,232,349 | 886 | | 3,233,234 |
| 2/19/2011 | 640 | 3,233,234 | 886 | | 3,234,120 |
| 2/20/2011 | 641 | 3,234,120 | 886 | | 3,235,006 |
| 2/21/2011 | 642 | 3,235,006 | 886 | | 3,235,893 |
| 2/22/2011 | 643 | 3,235,893 | 887 | | 3,236,779 |
| 2/23/2011 | 644 | 3,236,779 | 887 | | 3,237,666 |
| 2/24/2011 | 645 | 3,237,666 | 887 | | 3,238,553 |
| 2/25/2011 | 646 | 3,238,553 | 887 | | 3,239,440 |
| 2/26/2011 | 647 | 3,239,440 | 888 | | 3,240,328 |
| 2/27/2011 | 648 | 3,240,328 | 888 | | 3,241,216 |
| 2/28/2011 | 649 | 3,241,216 | 888 | | 3,242,104 |
| 3/1/2011 | 650 | 3,242,104 | 888 | 650,000 | 2,592,992 |
| 3/2/2011 | 651 | 2,592,992 | 710 | | 2,593,702 |
| 3/3/2011 | 652 | 2,593,702 | 711 | | 2,594,413 |
| 3/4/2011 | 653 | 2,594,413 | 711 | | 2,595,124 |
| 3/5/2011 | 654 | 2,595,124 | 711 | | 2,595,835 |
| 3/6/2011 | 655 | 2,595,835 | 711 | | 2,596,546 |
| 3/7/2011 | 656 | 2,596,546 | 711 | | 2,597,257 |
| 3/8/2011 | 657 | 2,597,257 | 712 | | 2,597,969 |
| 3/9/2011 | 658 | 2,597,969 | 712 | | 2,598,681 |
| 3/10/2011 | 659 | 2,598,681 | 712 | | 2,599,393 |
| 3/11/2011 | 660 | 2,599,393 | 712 | | 2,600,105 |
| 3/12/2011 | 661 | 2,600,105 | 712 | | 2,600,817 |
| 3/13/2011 | 662 | 2,600,817 | 713 | | 2,601,530 |
| 3/14/2011 | 663 | 2,601,530 | 713 | | 2,602,242 |
| 3/15/2011 | 664 | 2,602,242 | 713 | | 2,602,955 |
| 3/16/2011 | 665 | 2,602,955 | 713 | | 2,603,668 |
| 3/17/2011 | 666 | 2,603,668 | 713 | | 2,604,382 |
| 3/18/2011 | 667 | 2,604,382 | 714 | | 2,605,095 |
| 3/19/2011 | 668 | 2,605,095 | 714 | | 2,605,809 |
| 3/20/2011 | 669 | 2,605,809 | 714 | | 2,606,523 |
| 3/21/2011 | 670 | 2,606,523 | 714 | | 2,607,237 |
| 3/22/2011 | 671 | 2,607,237 | 714 | | 2,607,951 |
| 3/23/2011 | 672 | 2,607,951 | 715 | | 2,608,666 |
| 3/24/2011 | 673 | 2,608,666 | 715 | | 2,609,381 |
| 3/25/2011 | 674 | 2,609,381 | 715 | | 2,610,095 |
| 3/26/2011 | 675 | 2,610,095 | 715 | | 2,610,811 |
| 3/27/2011 | 676 | 2,610,811 | 715 | | 2,611,526 |
| 3/28/2011 | 677 | 2,611,526 | 715 | | 2,612,241 |
| 3/29/2011 | 678 | 2,612,241 | 716 | | 2,612,957 |
| 3/30/2011 | 679 | 2,612,957 | 716 | | 2,613,673 |
| 3/31/2011 | 680 | 2,613,673 | 716 | | 2,614,389 |
| 4/1/2011 | 681 | 2,614,389 | 716 | 650,000 | 1,965,105 |
| 4/2/2011 | 682 | 1,965,105 | 538 | | 1,965,644 |
| 4/3/2011 | 683 | 1,965,644 | 539 | | 1,966,182 |
| 4/4/2011 | 684 | 1,966,182 | 539 | | 1,966,721 |
| 4/5/2011 | 685 | 1,966,721 | 539 | | 1,967,260 |
| 4/6/2011 | 686 | 1,967,260 | 539 | | 1,967,799 |
| 4/7/2011 | 687 | 1,967,799 | 539 | | 1,968,338 |
| 4/8/2011 | 688 | 1,968,338 | 539 | | 1,968,877 |
| 4/9/2011 | 689 | 1,968,877 | 539 | | 1,969,416 |
| 4/10/2011 | 690 | 1,969,416 | 540 | | 1,969,956 |

# Schedule 1

Cap Cana: Payment Schedule Based on Cap Cana Provided Numbers - Detail

| Date | Days | Start Balance | Interest Accrued | Payments | End Balance |
|---|---|---|---|---|---|
| 4/11/2011 | 691 | 1,969,956 | 540 | | 1,970,496 |
| 4/12/2011 | 692 | 1,970,496 | 540 | | 1,971,036 |
| 4/13/2011 | 693 | 1,971,036 | 540 | | 1,971,576 |
| 4/14/2011 | 694 | 1,971,576 | 540 | | 1,972,116 |
| 4/15/2011 | 695 | 1,972,116 | 540 | | 1,972,656 |
| 4/16/2011 | 696 | 1,972,656 | 540 | | 1,973,197 |
| 4/17/2011 | 697 | 1,973,197 | 541 | | 1,973,737 |
| 4/18/2011 | 698 | 1,973,737 | 541 | | 1,974,278 |
| 4/19/2011 | 699 | 1,974,278 | 541 | | 1,974,819 |
| 4/20/2011 | 700 | 1,974,819 | 541 | | 1,975,360 |
| 4/21/2011 | 701 | 1,975,360 | 541 | | 1,975,901 |
| 4/22/2011 | 702 | 1,975,901 | 541 | | 1,976,442 |
| 4/23/2011 | 703 | 1,976,442 | 541 | | 1,976,984 |
| 4/24/2011 | 704 | 1,976,984 | 542 | | 1,977,526 |
| 4/25/2011 | 705 | 1,977,526 | 542 | | 1,978,067 |
| 4/26/2011 | 706 | 1,978,067 | 542 | | 1,978,609 |
| 4/27/2011 | 707 | 1,978,609 | 542 | | 1,979,151 |
| 4/28/2011 | 708 | 1,979,151 | 542 | | 1,979,694 |
| 4/29/2011 | 709 | 1,979,694 | 542 | | 1,980,236 |
| 4/30/2011 | 710 | 1,980,236 | 543 | | 1,980,778 |
| 5/1/2011 | 711 | 1,980,778 | 543 | 650,000 | 1,331,321 |
| 5/2/2011 | 712 | 1,331,321 | 365 | | 1,331,686 |
| 5/3/2011 | 713 | 1,331,686 | 365 | | 1,332,051 |
| 5/4/2011 | 714 | 1,332,051 | 365 | | 1,332,416 |
| 5/5/2011 | 715 | 1,332,416 | 365 | | 1,332,781 |
| 5/6/2011 | 716 | 1,332,781 | 365 | | 1,333,146 |
| 5/7/2011 | 717 | 1,333,146 | 365 | | 1,333,511 |
| 5/8/2011 | 718 | 1,333,511 | 365 | | 1,333,876 |
| 5/9/2011 | 719 | 1,333,876 | 365 | | 1,334,242 |
| 5/10/2011 | 720 | 1,334,242 | 366 | | 1,334,607 |
| 5/11/2011 | 721 | 1,334,607 | 366 | | 1,334,973 |
| 5/12/2011 | 722 | 1,334,973 | 366 | | 1,335,339 |
| 5/13/2011 | 723 | 1,335,339 | 366 | | 1,335,705 |
| 5/14/2011 | 724 | 1,335,705 | 366 | | 1,336,071 |
| 5/15/2011 | 725 | 1,336,071 | 366 | | 1,336,437 |
| 5/16/2011 | 726 | 1,336,437 | 366 | | 1,336,803 |
| 5/17/2011 | 727 | 1,336,803 | 366 | | 1,337,169 |
| 5/18/2011 | 728 | 1,337,169 | 366 | | 1,337,535 |
| 5/19/2011 | 729 | 1,337,535 | 366 | | 1,337,902 |
| 5/20/2011 | 730 | 1,337,902 | 367 | | 1,338,268 |
| 5/21/2011 | 731 | 1,338,268 | 367 | | 1,338,635 |
| 5/22/2011 | 732 | 1,338,635 | 367 | | 1,339,002 |
| 5/23/2011 | 733 | 1,339,002 | 367 | | 1,339,369 |
| 5/24/2011 | 734 | 1,339,369 | 367 | | 1,339,736 |
| 5/25/2011 | 735 | 1,339,736 | 367 | | 1,340,103 |
| 5/26/2011 | 736 | 1,340,103 | 367 | | 1,340,470 |
| 5/27/2011 | 737 | 1,340,470 | 367 | | 1,340,837 |
| 5/28/2011 | 738 | 1,340,837 | 367 | | 1,341,204 |
| 5/29/2011 | 739 | 1,341,204 | 367 | | 1,341,572 |
| 5/30/2011 | 740 | 1,341,572 | 368 | | 1,341,939 |
| 5/31/2011 | 741 | 1,341,939 | 368 | | 1,342,307 |
| 6/1/2011 | 742 | 1,342,307 | 368 | 650,000 | 692,675 |
| 6/2/2011 | 743 | 692,675 | 190 | | 692,865 |
| 6/3/2011 | 744 | 692,865 | 190 | | 693,054 |
| 6/4/2011 | 745 | 693,054 | 190 | | 693,244 |
| 6/5/2011 | 746 | 693,244 | 190 | | 693,434 |
| 6/6/2011 | 747 | 693,434 | 190 | | 693,624 |
| 6/7/2011 | 748 | 693,624 | 190 | | 693,814 |
| 6/8/2011 | 749 | 693,814 | 190 | | 694,004 |
| 6/9/2011 | 750 | 694,004 | 190 | | 694,194 |
| 6/10/2011 | 751 | 694,194 | 190 | | 694,385 |
| 6/11/2011 | 752 | 694,385 | 190 | | 694,575 |
| 6/12/2011 | 753 | 694,575 | 190 | | 694,765 |
| 6/13/2011 | 754 | 694,765 | 190 | | 694,956 |
| 6/14/2011 | 755 | 694,956 | 190 | | 695,146 |
| 6/15/2011 | 756 | 695,146 | 190 | | 695,336 |
| 6/16/2011 | 757 | 695,336 | 191 | | 695,527 |
| 6/17/2011 | 758 | 695,527 | 191 | | 695,717 |
| 6/18/2011 | 759 | 695,717 | 191 | | 695,908 |
| 6/19/2011 | 760 | 695,908 | 191 | | 696,099 |
| 6/20/2011 | 761 | 696,099 | 191 | | 696,289 |
| 6/21/2011 | 762 | 696,289 | 191 | | 696,480 |
| 6/22/2011 | 763 | 696,480 | 191 | | 696,671 |
| 6/23/2011 | 764 | 696,671 | 191 | | 696,862 |
| 6/24/2011 | 765 | 696,862 | 191 | | 697,053 |
| 6/25/2011 | 766 | 697,053 | 191 | | 697,244 |
| 6/26/2011 | 767 | 697,244 | 191 | | 697,435 |
| 6/27/2011 | 768 | 697,435 | 191 | | 697,626 |
| 6/28/2011 | 769 | 697,626 | 191 | | 697,817 |
| 6/29/2011 | 770 | 697,817 | 191 | | 698,008 |
| 6/30/2011 | 771 | 698,008 | 191 | | 698,199 |
| 7/1/2011 | 772 | 698,199 | 191 | 698,391 | (0) |